799      In re Air Disaster at Lockerbie, Scotland, on December 21, 1988

89/01/13   1   MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. (A-1 - A-6)
               -- Filed by pltf. Nazir Jaafar -- SUGGESTED TRANSFEREE
               DISTRICT:  E.D. NEW YORK OR E.D. MICHIGAN -- SUGGESTED
               TRANSFEREE JUDGE:  ? (rh)

89/01/24       APPEARANCES:  JAMES M. SHAUGHNESSY, ESQ. for Pan American
               World Airways, Inc. and Pan American Systems Corporation;
               STANLEY M. CHESLEY, ESQ. for Dr. Sudhakar Dixit, Etc.; Larry
               W. Forsythe, etc.; Donald Malicote, Sr., etc. and Nazir
               Jaafar, etc. (rh)

89/02/02   2   RESPONSE, NOTICE OF ADDITIONAL ACTIONS -- deft. Pan American
               World Airways, Inc. -- w/cert. of service  (cds)

89/02/02   3   MOTION, BRIEF, SCHEDULE (A-1 - A-18) -- filed by pltfs. in
               A-7 - A-18 (E.D.New York pltfs.) -- SUGGESTED TRANSFEREE
               DISTRICT:  E.D. NEW YORK or S.D. NEW YORK

89/02/06   4   AMENDED SCHEDULE A (re pldg. #1) -- adding A-19 - A-22 --
               filed by pltf. Nazir Jaafar -- w/cert. of service  (cds)

89/02/15   5   RESPONSE -- (to pldg. #3) Pan American World Airways, Inc.;
               Pan Am World Services, Inc. and Alert Management -- w/cert. of
               svc. (rh)

89/02/15       HEARING ORDER -- Setting motion to transfer for Panel Hearing
               in Statesville, North Carolina on March 23, 1989 (rh)

89/02/23   6   INTERESTED PARTY RESPONSE (w/letter) -- plaintiffs David
               Bell, Florence Bisset, M.T. Ergin and Robert Leckburg (all 4
               actions pending in S.D. New York) -- w/cert. of service
               (cds)

89/02/27   7   MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 and A-6 through
               B-25), w/cert. of service -- Filed by plaintiffs Mary M.
               Stratis, etc., Kathryn C. Daniels, etc. and Mary Lou Ciulla,
               etc. -- SUGGESTED TRANSFEREE DISTRICT:  E.D. NEW YORK or S.D.
               NEW YORK (cds)

89/02/27   8   NOTICE OF TWELVE (12) RELATED ACTIONS -- submitted by defts.
               Pan American World Airways, Inc., Pan Am World Services, Inc.
               and Alert Management Systems, Inc. -- w/cert. of service
               (cds)

89/02/27   9   NOTICE OF RELATED ACTION -- submitted by Phil Hardberger,
               Esq. counsel for pltfs. in Margaret C. Coursey, et al. v. Pan
               American World Airways, et al., W.D. Tex., #SA-89-CA-190
               (cds)

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/03/09 | 10 | INTERESTED PARTY RESPONSE (to pldg. #1) -- Siv Engston, Gerry Murphy, Babette Avoyne-Clemens, Noelle Berti and Milutin Velimirovich (deceased Flight Attendants) w/cert. of svc. (ds) |
| 89/03/20 | 11 | NOTICE OF RELATED ACTIONS -- Maggie Boatman, etc. v. Pan American World Airways, Inc., et al., E.D.N.Y., C.A. No. 89-cv-0741; Leonard Colasanti, et al. v. Pan American World Airways, Inc., D. Mass., C.A. No. 89-122 MC -- filed by defts. Pan American World Airways, Inc., Pan Am World Services, Inc., Alert management Systems, Inc. (ds) |
| 89/03/20 | 12 | NOTICE OF RELATED ACTION -- Diane Ann Boatman-Fuller v. Pan American World Airways, Inc., et al., E.D.N.Y., C.A. No. 89-Civ-741 TCP -- filed by pltf. Diane Ann Boatman-Fuller (ds) |
| 89/03/21 | 13 | RESPONSE -- (to pldg. #3) pltfs. Dedera Lynn Woods, et al. and Diane Rencevicz -- w/cert. of svc. (rh) |
| 89/03/22 | | HEARING APPEARANCES: (for hearing on March 23, 1989 in Statesville, North Carolina) -- STANLEY M. CHESLEY, ESQ. for Nazir Jaafar, etc.; Dr. Sudhakar Dixit, etc.; Donald Malicote, Sr., etc. and Larry W. Forsythe, etc., LEE S. KREINDLER, ESQ. for Aronald Asrelsky, et al.; Arnold Victor Butler, et al.; Molena A. Porter, etc.; Denice H. Rein, etc.; John Frick Root, etc.; Charles M. Rosenthal, etc.; John J. Schultz, etc.; Madeline B. Shapiro, etc.; Rosanne Weston, etc.; George H. Williams, et al. and John B. Zwynenburg, etc., JAMES M. SHAUGHNESSY, ESQ. for Pan American World Airways, Inc.; Pan Am World Servies, Inc.; and Alert Management Systems, Inc., MARC SELDIN ROSEN, ESQ. for Flight Attendants, HARRISON J. GORDON, ESQ. for Dedera Lynn Woods, et al. (rh) |
| 89/03/22 | 14 | NOTICE OF RELATED ACTIONS -- filed by pltfs. Mary M. Stratis, Kathryn C. Daniels, etc. and Mary Lou Ciulla, etc. -- Bernadette R. Hurst, etc. v. Pan American Airways, Inc., et al., E.D.N.Y., C.A. No. CV-89-0785; William W. Hlister, et al. v. Pan American World airways, Inc., etal., E.D.N.Y., C.A. No. CV-89-0857; John Draheim, etc. v. Pan American World Airways, Inc., et al., E.D. Mich., C.A. No. 89-CV-60065AA (ds) |
| 89/03/22 | | APPEARANCE -- HARRISON J. GORDON, ESQ. for Rose Mary Copeland, et al. (ds) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- In re Air Disaster at Lockerbie, Scotland, on December 21, 1988

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/03/22 | 15 | AMENDMENT TO MOTION FILED ON 2/2/89 (pldg. #3) -- filed by pltfs. A-7 thru A-18 -- Amending motion to include A-18, A-17 and B-26 thru B-39 w/cert. of svc. (ds) |
| 89/04/04 | | CONSENT OF TRANSFEREE DISTRICT -- for transfer of actions to E.D. New York before Judge Platt (cds) |
| 89/04/04 | | TRANSFER ORDER -- transferring A-1, A-6, and A-19 thru 22 (for inclusion with A-7 thru A-18) to the **Eastern District of New York** before the Honorable Thomas C. Platt, Jr. -- notified involved judges, clerks, counsel, misc. recipients and publishers (cds) |
| 89/04/12 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-27 thru B-29, B-31, B-34, B-38, C-47 thru C-54 (listed below) -- Notified involved counsel and judges. (ds) |

| | | | |
|---|---|---|---|
| B-27 | Eleanor Hoey Bright, etc. v. Pan American World Airways, Inc., et al. | N.Y.,S. | 89-Civ-1660 |
| B-28 | Geraldine G. Buser, etc. v. Pan American World Airways, Inc., et al. | N.Y.,S. Mukasey | 89-Civ-1047 |
| B-29 | Geraldine G. Buser, etc. v. Pan American World Airways, Inc., et al. | N.Y.,S. Mukasey | 89-Civ-1048 |
| B-31 | Paul Halsch, etc. v. Pan American World Airways, Inc., et al. | N.Y.,S. Mukasey | 89-Civ-1049 |
| B-34 | Patricia L. Kingham, etc. v. Pan American World Airways, Inc., et al. | N.Y.,S. Mukasey | 89-Civ-1354 |
| B-35 | Rhoda P. Miller, etc. v. Pan American World Airways, Inc., et al. | N.Y.,S. Mukasey | 89-Civ-1046 |
| B-38 | Jacob Posen, et al. v. Pan American World Airways, Inc., et al. | N.Y.,S. Mukasey | 89-Civ-1507 |
| C-47 | Diane Rencevicz, et al. v. Pan American World Airways, Inc., et al. | N.J. Lifland | 89-883(JCL) |
| C-48 | William H. Johnson, et al. v. Pan American World Airlines, Inc., et al. | N.J. Ackerman | 89-377(HAA) |
| C-53 | Florence Bissett, etc. v. Pan American World Airways, Inc. | N.Y.,S. Mukasey | 89-Civ-0251 |
| C-54 | John Draheim, etc. v. Pan American World Airways, Inc., et al. | Mich.,E. La Plata | 89-CV-60065 |

B.4

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 --

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 89/04/20 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-56 Tammy B. Chenoweth, etc. v. Pan American World Airways, Inc., et al., W.D. Ark., #89-4029; C-57 Dr. Shachi Rattan, etc. v. Pan American World Airways, E.D. Mich., #89-CV-70370DT; C-58 David Bell, etc. v. Pan American World Airways, Inc., S.D. N.Y., #89-Civ-0811; C-59 Daniel Edward Cohen, et al. v. Pan American World Airways, Inc., et al., S.D. N.Y., #89-Civ-1967;  C-60 Palmer N. Smith, etc. v. Pan American World Airways, Inc., et al., S.D. N.Y., #89-Civ-2001; C-61 Anne Hudson, etc. v. Pan American World Airways, Inc., et al., S.D. N.Y., #89-Civ-2002; and C-62 Florencio Quiguyan, etc. v. Pan American World Airways, Inc., et al., S.D. N.Y., #89-Civ-2149 -- Notified involved counsel and judges (rh) |
| 89/04/28 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-27 Eleanor Hoey Bright, etc. v. Pan American World Airways, Inc., et al., S.D., N.Y., #89-Civ-1660; B-28 Geraldine G. Buser, etc. v. Pan American World Airways, Inc., et al., S.D., N.Y., #89-Civ-1047; B-29 Geraldine G. Buser, etc. v. Pan American World Airways, Inc., et al., S.D., N.Y., #89-Civ-1048; B-31 Paul Halsch, etc. v. Pan American World Airways, Inc., et al., S.D., N.Y., #89-Civ-1049; B-34 Patricia L. Kingham, etc. v. Pan American World Airways, Inc., et al., S.D., N.Y., #89-Civ-1354;  B-35 Rhoda P. Miller, etc. v. Pan American World Airways, Inc., et al., S.D., N.Y., #89-Civ-1046; B-38 Jacob Posen, et al. v. Pan American World Airways, Inc., et al., S.D., N.Y., #89-Civ-1507; C-47 Diane Rencevicz, et al. v. Pan American World Airways, Inc., et al., D., N.JY., #89-848(JCL); C-48 William H. Johnson, et al. v. Pan American World Airlines, Inc., et al., D., N.J., #89-377(HAA); C-49 M.T. Ergin, etc. v. Pan American World Airways, Inc., S.D., N.Y., #89-Civ-0344; C-50 Robert Leckburg, etc. v. v. Pan American World Airways, Inc., et al., S.D., N.Y., #89-Civ-0345;  C-51 Anthony B. Hall, et al. v. Pan American World Airways, Inc., et al., S.D., N.Y., #89-Civ-1335; C-52 Robert R. Hunt, etc. v. Pan American World Airways, Inc., et al., S.D., N.Y., #89-Civ-1508; C-53 Florence Bissett, etc. v. Pan American World Airways, Inc., et al., S.D., N.Y., #89-Civ-0251 and C-54 John Draheim, etc. v. Pan American World Airways, Inc., et al., E.D., Mich., #89-CV-60065 -- Notified involved judges and clerks (rh) |

*P.5*

*799*

| | | |
|---|---|---|
| 89/05/04 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-63 Melvin Bell, etc. v. Pan American World Airways, Inc., et al., W.D. Arkansas, C.A. No. 89-2061 and C-64 Leonard Colasanti, et al. v. Pan American World Airways, Inc., D. Massachusetts, C.A. No. 89-0122-MC -- Notified involved counsel and judges.  (ds) |
| 89/05/08 | | CONDITIONAL TRANSFER ORDERS (6 ACTIONS) FINAL TODAY -- C-57 Dr. Shachi Rattan, etc. v. Pan American World Airways, E.D. Mich., #89-CV-70370DT; C-58 David Bell, etc. v. Pan American World Airways, Inc., S.D. N.Y., #89-Civ-0811; C-59 Daniel Edward Cohen, et al. v. Pan American World Airways, Inc., et al., S.D. N.Y., #89-Civ-1967;  C-60 Palmer N. Smith, etc. v. Pan American World Airways, Inc., et al., S.D. N.Y., #89-Civ-2001; C-61 Anne Hudson, etc. v. Pan American World Airways, Inc., et al., S.D. N.Y., #89-Civ-2002; and C-62 Florencio Quiguyan, etc. v. Pan American World Airways, Inc., et al., S.D. N.Y., #89-Civ-2149 -- Notified involved clerks (cds) |
| 89/05/09 | 16 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-56 Tammy B. Chenoweth v. Pan American World Airways, Inc., et al., W.D. Arkansas, C.A. No. 89-4029 -- Notified involved counsel and judges (cds) |
| 89/05/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-65 Margaret C. Coursey, et al. v. Pan American World Airways, Inc., et al., W.D. Texas, C.A. No. SA-89-CV-190 -- Notified involved counsel and judges (rh) |
| 89/05/15 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-66 Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 89-936-CIV-DAVIS and C-67 Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 89-937-CIV-DAVIS -- Notified involved counsel and judges (rh) |
| 89/05/17 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- C-56 Tammy B. Chenoweth, etc. v. Pan American World Airways, Inc., et al., W.D. Arkansas, C.A. No. 89-4029 -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL  (cds) |
| 89/05/17 | 17 | LETTER -- withdrawing opposition to conditional transfer order in C-56 Chenoweth -- signed by Darrell F. Brown, Esq. counsel for Chenoweth  (cds) |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/05/22 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-63 Melvin Bell, etc. v. Pan American World Airways, Inc., et al., W.D. Arkansas, C.A. No. 89-2061 and C-64 Leonard Colasanti, et al. v. Pan American World Airways, Inc., D. Massachusetts, C.A. No. 89-0122-MC -- Notified involved judges and clerks (rh) |
| 89/05/23 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-68 Meryl Shahun Rosen, etc. v. Pan American World Airways, Inc., et al., S.D. New York, C.A. No. 89-CIV-2985 (RO); C-69 Lynn Koenig Garczynski, etc. v. Pan American World Airways, Inc., et al., S.D. New York, C.A. No. 89-CIV-2986 (JMW); C-70 Rosemary Mild, et al. v. Pan American World Airways, Inc., et al., S.D. New York, C.A. No. 89-CIV-2987 (DNE) and C-71 Terri F. Gould, etc. v. Pan American World Airways, Inc., et al., S.D. New York, C.A. No. 89-CIV-2988 (PNL) -- Notified involved counsel and judges (ds) |
| 89/05/25 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-65 Margaret C. Coursey, et al. v. Pan American World Airways, Inc., et al., W.D. Texas, C.A. No. SA-89-CV-190 -- Notified involved judges and clerks (cds) |
| 89/05/30 | 18 | NOTICE OF OPPOSITIONS -- filed by plainitffs in C-66 Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 89-936-CIV-DAVIS and C-67 Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 89-937-CIV-DAVIS -- Notified involved counsel and judges (cds) |
| 89/06/08 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-68 Meryl Shahun Rosen, etc. v. Pan American World Airways, Inc., et al., S.D. New York, C.A. No. 89-CIV-2985 (RO); C-69 Lynn Koenig Garczynski, etc. v. Pan American World Airways, Inc., et al., S.D. New York, C.A. No. 89-CIV-2986 (JMW); C-70 Rosemary Mild, et al. v. Pan American World Airways, Inc., et al., S.D. New York, C.A. No. 89-CIV-2987 (DNE) and C-71 Terri F. Gould, etc. v. Pan American World Airways, Inc., et al., S.D. New York, C.A. No. 89-CIV-2988 (PNL) -- Notified involved clerks and judges. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/06/14 | 19 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-67 Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 89-937-CIV-DAVIS -- w/Exhibit A and cert. of svc. (rh) |
| 89/06/14 | 20 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in C-66 Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 89-936-CIV-DAVIS -- w/Exhibit A and cert. of svc. (rh) |
| 89/06/15 |  | HEARING ORDER -- Setting opposition of C-66 and C-67 for Panel Hearing on July 27, 1989 in Seattle, Washington (rh) |
| 89/06/16 |  | ORDER VACATING CONDITIONAL TRANSFER ORDERS AND JULY 27, 1989 HEARING -- C-66 Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 89-936-CIV-DAVIS and C-67 Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 89-937-CIV-DAVIS -- Notified involved judges, clerks and counsel (rh) |
| 89/06/26 |  | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-72 Susan E. Walker, et al. v. Pan American World Airways, Inc., D. Massachusetts, C.A. No. 88-2817-S and D-73 John M. Flynn, etc. v. Pan American World Airways, Inc., et al., S.D. New York, C.A. No. 89-3360(CBM) -- Notified involved counsel and judges (rh) |
| 89/07/12 |  | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-72 Susan E. Walker, et al. v. Pan American World Airways, Inc., D. Massachusetts, C.A. No. 88-2817-S and D-73 John M. Flynn, etc. v. Pan American World Airways, Inc., et al., S.D. New York, C.A. No. 89-3360 (CBM) -- Notified involved judges and clerks (rh) |
| 89/07/20 |  | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-75 Jane E. Davis, etc. v. Pan American World Airways, Inc., et al., D. Conn., C.A. No. B89-335-JAC and D-76 John M. Cory, et al. v. Pan American World Airways, Inc., et al., D. Conn., C.A. No. H89-358-EBB -- Notified involved counsel and judges. (cds) |
| 89/07/27 |  | CONDITIONAL TRANSFER ORDER FILED TODAY -- E-78 Velma Jean McGuire v. Pan American World Airways, Inc., S.D. Texas, C.A. No. H89-2138 -- Notified involved counsel and judges. (ds) |

799    In re Air Disaster at Lockerbie, Scotland, on

December 21, 1988

| | |
|---|---|
| 89/08/07 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-75 Jane E. Davis, etc. v. Pan American World Airways, Inc., et al., D. Conn., C.A. No. B89-335-JAC and D-76 John M. Cory, et al. v. Pan American World Airways, Inc., et al., D. Conn., C.A. No. H89-358-EBB -- Notified involved judges and clerks  (cds) |
| 89/08/09 | CONDITIONAL TRANSFER ORDER -- E-79 Larry D. Gibson, etc. v. Pan American World Airways, Inc., E.D. Michigan, C.A. No. 89-CV-60093-AA -- Notified involved counsel and judges (ds) |
| 89/08/14 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- E-78 Velma Jean McGuire v. Pan American World Airways, Inc., S.D. Texas, C.A. No. H89-2138(Lake) -- Notified involved judges and clerks (cds) |
| 89/08/25 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- E-79 Larry D. Gibson, etc. v. Pan American World Airways, Inc., E.D. Mich., C.A. No. 89-CV-60093 AA -- Notified involved clerks and judges.  (ds) |
| 89/08/28 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- E-80 Eileen T. O'Connor, etc. v. Pan American World Airways, Inc., et al., D. Massachusetts, C.A. No. 89-1364-Y, E-81 Fonteller Thomas, etc., et al. v. Pan American World Airways, Inc., et al., E.D. Michigan, C.A. No. 89-CV-60180 AA and E-82 Shirley J. Herbert, et al. v. Pan  American World Airways, Inc., E.D. Michigan, C.A. No. 89-CV-72154 D -- Notified involved counsel and judges (rh) |
| 89/08/31 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- E-83 Susan M. Kosmowski, etc. v. Pan American World Airways, Inc., et al., E.D. Michigan, C.A. No. 89-CV-40216 and E-84 Judith Papadopoulos, etc. v. Pan American World Airways, Inc., et al., S.D. New York, C.A. No. 89-CIV-4878 -- Notified involved counsel and judges (rh) |

| 89/09/13 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- **E-80** Eileen T. O'Connor, etc. v. Pan American World Airways, Inc., et al., D. Massachusetts, C.A. No. 89-1364-Y; E-81 Fonteller Thomas, etc., et al. v. Pan American World Airways, Inc., et al., E.D. Michigan, C.A. No. 89-CV-60180 AA and E-82 Shirley J. Herbert, et al. v. Pan American World Airways, Inc., E.D. Michigan, C.A. No. 89-CV-72154 D -- Notified involved judges and clerks (rh) |
|---|---|
| 89/09/18 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- **E-83** Susan M. Kosmowski, etc. v. Pan American World Airways, Inc., et al., E.D. Mich., C.A. No. 89-CV-40216; E-84 Judith papadopoulos, etc. v. Pan American World Airways, Inc., et al., S.D.N.Y., C.A. No. 89-Civ-4878 -- Notified involved clerks and judges. (ds) |
| 89/09/28 | CONDITIONAL TRANSFER ORDER FILED TODAY -- **E-85** Michael J. Doyle, et al. v. Pan American World Airways, Inc., et al., E.D. Pennsylvania, C.A. No. 89-5125 -- Notified involved judges and counsel  (cds) |
| 89/10/16 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- **E-85** Michael J. Doyle, et al. v. Pan American World Airways, Inc., et al., E.D. Pennsylvania, C.A. No. 89-5125 -- Notified involved judges and clerks (rh) |
| 89/11/28 | CONDITIONAL TRANSFER ORDER FILED TODAY -- **E-87 Carol McCollun, etc. v. Pan American World Airways, Inc., et al., S.D.N.Y., C.A. No. 89-CIV-6739** -- Notified involved counsel & judges. (ds) |
| 89/12/04 | CONDITIONAL TRANSFER ORDER FILED TODAY -- **E-88** Perry Dornstein, etc. v. Pan American World Airways, Inc., et al., E.D. Pennsylvania, C.A. No. 89-8157 -- Notified involved counsel and judges (rh) |
| 89/12/14 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- **E-87** Carol McCollum, etc. v. Pan American World Airways, Inc., et al., S.D. New York, C.A. No. 89-CIV-6739 -- Notified involved clerks and judges. (ds) |
| 89/12/20 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- **E-88** Perry Dornstein, etc. v. Pan American World Airways, Inc., et al., E.D. Pennsylvania, C.A. No. 89-8157 -- Notified involved clerks and judges.  (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 --

| Date | Ref. | Pleading Description |
|---|---|---|

89/12/27 — CONDITIONAL TRANSFER ORDER FILED TODAY -- E-89 Suzanne Martin, et al. v. Pan American World Airways, Inc., et al., D. D.C., C.A. No. 89-3334 -- Notified involved judges and counsel  (cds)

90/01/09 — CONDITIONAL TRANSFER ORDERS FILED TODAY -- E-90 thru E-116 listed below and E-117 Janet E. MacQuarrie, et al. v. Alert Management Systems, Inc., et al., D.D.C., C.A. No. 89-CV-3352 -- Notified involved counsel and judges.  (ds)

(E-90) Alf Corner, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8270

(E-91) Joan C. Smith, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8271

(E-92) Diana Browner, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89. Civ 8366

(E-93) Michael Woolf Tager, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8367

(E-94) Rita Kelly, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8370

(E-95) Dominique Garrett, et al. v.  et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8371

(E-96) Catherine Sigal, et al.  et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8372

(E-97) Oregon Rogers, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8390

(E-98) Glendon L. Rafferty, etc. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8391

(E-99) Michael Waido, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8392

(E-100) Leo Cawley, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8393

(E-101) Tatiana Guevorguian, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8398

(E-102) Ervin Philipps, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8399

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 90/01/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- E-89 Suzanne Martin, et al. v. Pan American World Airways, Inc., et al., D.D.C., C.A. No. 89-3334 -- Notified involved clerks and judges. (ds) |
| 90/01/24 | 21 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in E-117 Janet E. MacQuarrie, et al. v. Alert Management Systems, Inc., et al., D. District of Columbia, C.A. No. 89-CV-3352 -- Notified involved counsel and judges (rh) |
| 90/01/25 | | CONDITIONAL TRANSFER ORDER FINAL TODAY (in 25 actions)-- (E-90 thru E-99, E-101 thru 105 and E-107 thru E-116) listed below -- notified involved clerk and judges (ds) |

    (E-90) Alf Corner, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8270

    (E-91) Joan C. Smith, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8271

    (E-92) Diana Browner, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8366

    (E-93) Michael Woolf Tager, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8367

    (E-94) Rita Kelly, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8370

    (E-95) Dominique Garrett, et al. v. et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8371

    (E-96) Catherine Sigal, et al. et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8372

    (E-97) Oregon Rogers, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8390

    (E-98) Glendon L. Rafferty, etc. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8391

    (E-99) Michael Waido, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8392

    (E-101) Tatiana Guevorguian, et al. v. Pan American World Airways, Inc., et al., S.D. New York C.A. No. 89 Civ 8394

P. 12

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 90/01/31 | 22 | ORDERS -- from S.D. New York transferring E-100 Cawley and D-106 Atkinson to E.D. of New York -- signed by Judge John F. Keenan, dated January 2, 1990  (cds) |
| 90/01/31 | | CORRECTION ORDER FOR CONDITIONAL TRANSFER ORDER FILED ON JANUARY 9, 1990 -- (see pldg. #22 above) Schedule of actions corrected to delete E-100 Leo Cawley, et al. v. Pan American World Airways, Inc., et al, S.D. New York, C.A. No. 89-Civ.-8393; and E-106 William Garretson Atkinson, Jr., et al. v. Pan American World Airways, Inc., et al, S.D. New York, C.A. No. 89-Civ.-8423 -- Notified involved judges, clerk and counsel  (cds) |
| 90/02/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- F-127 Aphrodite Tsairis, et al. v. Pan American World Airways, Inc., et al., D. New Jersey, C.A. No. 89-5193 (DRD) -- Notified counsel and judges.  (ds) |
| 90/02/08 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- F-128 John F. Boland, et al. v. Pan American World Airways, Inc., et al., D. New Hampshire, C.A. No. C89-572-L and F-129 Loulie D. Canady, etc. v. Pan American World Airways, Inc., et al., N.D. West Virginia, C.A. No. 89-0142-C -- Notified involved counsel and judges (rh) |
| 90/02/08 | 23 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER, BRIEF, EXHIBIT -- filed by pltfs. in E-117 Janet E. MacQuarrie, et al. v. Altert Management Systems, Inc., et al., D. D.C., C.A. No. 89-CV-3352 -- w/cert. of service  (cds) |
| 90 | | |
| 90/02/14 | | HEARING ORDER -- setting opposition to transfer of E-117 for Panel hearing in Salt Lake City, Utah on March 29, 1990 (cds) |
| 90/02/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- F-127 Aphrodite Tsairis, et al. v. Pan American World Airways, Inc., et al., D. New Jersey, C.A. No. 89-5193 (DRD) -- Notified involved clerks and judges.  (ds) |
| 90/02/26 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- F-128 John F. Boland, et al. v. Pan American World Airways, Inc., et al., D. N.Hamp., C.A. No. C89-572-L; and F-129 Loulie D. Canady, etc. v. Pan American World Airways, Inc., et al., N.D. W.Va., C.A. No. 89-0142-C -- Notified involved judges and clerks (cds) |

799      In re Air Disaster at Lockerbie, Scotland, on December 21, 1988

90/03/02   24   RESPONSE (to pldg. #23) -- defts. Alert Mangement Systems, Inc. and Pan Am World Services, Inc. -- w/Exhibits A and B and cert. of service  (cds)

90/03/09        CONDITIONAL TRANSFER ORDERS FILED TODAY -- F-130 Bennett, etc. v. Pan American , et al., E.D. Mich., C.A. No. 89-CV-60322-AA;  F-131 Hilbert, etc. v. Pan American , et al., E.D. Pa., C.A. No. 89-8990; F-132 Fuller, etc. v. Pan American , et al., E.D. Mich., C.A. No. 89-CV-73671-DT; F-133 Hartunian, etc. v. Pan American , et al., N.D. N.Y., C.A. No. 90-CV-16; and F-134 Hudson, et al. v. Pan American , et al., N.D. Ohio, C.A. No. 1:89-CV-2448 -- Notified involved judges and clerks  (cds)

90/03/09   25   REPLY (to pldg. #24) -- pltfs. Janet E. MacQuarrie -- w/Exhibit and cert. of service  (cds)

90/03/26        CONDITIONAL TRANSFER ORDER FILED TODAY -- F-135 Sharda Bhatia, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 89-7160-RG(Sx) -- Notified involved counsel and judges (rh)

90/03/27        CONDITIONAL TRANSFER ORDERS FINAL TODAY -- F-130 Bennett, etc. v. Pan American , et al., E.D. Mich., C.A. No. 89-CV-60322-AA;  F-131 Hilbert, etc. v. Pan American , et al., E.D. Pa., C.A. No. 89-8990; F-132 Fuller, etc. v. Pan American , et al., E.D. Mich., C.A. No. 89-CV-73671-DT; F-133 Hartunian, etc. v. Pan American , et al., N.D. N.Y., C.A. No. 90-CV-16; and F-134 Hudson, et al. v. Pan American , et al., N.D. Ohio, C.A. No. 1:89-CV-2448 -- Notified involved clerks and judges.  (ds)

90/03/28        HEARING APPEARANCES FOR 3/29/90 HEARING, SALT LAKE CITY, UTAH:   BARNET D. SKOLNIK, ESQ. for Janet Macquarrie, et al.; ANTHONY A. DEAN, ESQ. for Alert Management Systems, Inc., et al.  (cds)

90/04/05        TRANSFER ORDER -- transferring E-117 Janet E. MacQuarrie, et al. v. Alert Management Systems, Inc., et al., D.D.C., C.A. No. 89-CV-3352 -- notified involved judges, clerks and counsel  (cds)

GPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 90/04/11 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- **F-135** Sharda Bhatia, et al. v. Pan American World Airways, Inc., et al., C.D. California, C.A. No. 89-7160-RG(Sx) -- Notified involved judges and clerks (rh) |
| 90/06/15 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- G-171 Diane Apfelbaum, et al. v. Pan American World Airways, Inc., et al., E.D. Penn, C.A. No. 90-3193 -- Notified involved counsel and judges (sg) |
| 90/06/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- G-172 Elizabeth Purtell v. Pan American World Airways, Inc., et al., N.D. Texas, C.A. No. CA4-90-382-E -- Notified involved counsel and judges. (ds) |
| 90/07/03 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- G-171 Diane Apfelbaum, et al. v. Pan American World Airways, Inc., et al., E.D. Pennsylvania, C.A. No. 90-3193 -- Notified invovled judges and clerks (rh) |
| 90/07/09 | 26 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in G-172 **Elizabeth Purtell** v. Pan American World Airways, Inc., et al., N.D. Texas, C.A. No. CA4-90-382-E -- Notified involved counsel and jduges (rh) |
| 90/07/24 | 27 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in G-172 **Elizabeth Purtell** v. Pan American World Airways, Inc., et al., N.D. Texas, C.A. No. CA4-90-382-E -- w/cert. of svc. (received 7/24/90) (rh) |
| 90/08/13 | 28 | RESPONSE/BRIEF (to pldg. #27) -- defts. Pan American World Airways, Inc., Alert Management Systems, Inc., Pan Am World Services, Inc. and Pan Am Corporation -- w/Exhibit A and cert. of service (cdm) |
| 90/08/22 | | HEARING ORDER -- setting opposition of plaintiff Elizabeth Purtell to transfer of G-172 for Panel hearing to be held in San Francisco, California on October 5, 1990 (cdm) |
| 90/08/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- G-173 Ann McSherry McLaughlin, et al. v. Pan American World Airways, Inc., et al., D. Rhode Island, C.A. No. CA90-0274 -- Notified involved counsel and judges. (ds) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/09/11 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- G-173 Ann McSherry McLaughlin, et al. v. Pan American World Airways, Inc., et al., D. Rhode Island, C.A. No. CA90-0274 -- Notified involved clerks and judges. (ds) |
| 90/09/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- G-174 Judith Papadopoulos, etc. v. Pan American World Services, Inc., et al., S.D. New York, C.A. No. 90CIV.5896 -- Notified involved counsel and judges. (sg) |
| 90/10/05 | | WAIVER OF ORAL ARGUMENT FOR 10/05/90 HEARING IN SAN FRANCISO, CALIFORNIA -- All Waived (sg) |
| 90/10/12 | | TRANSFER ORDER-- transferring G-172 Elizabeth Purtell v. Pan American World Airways, Inc., et al., N.D. Texas, C.A. No. CA4-90-382E -- Notified involved judges, clerks and counsel (sg) |
| 90/10/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- G-174 Judith Papadopoulos, etc. v. Pan American World Services, Inc., et al., S.D. New York, C.A. No. 90CIV.5896 -- Notified involved judges and clerks (rh) |
| 91/01/16 | 29 | LETTER -- (additional information) signed by Arthur E. Hoffmann, Jr., counsel for all defendants (dated 1/15/91) -- (rh) |
| 91/01/23 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (58 actions) (G-175-G-232) See attached list - Notified involved counsel and judges. (sg) |

Donald Stinnett, etc. v. Pan American World Airways, Inc., et al.
    N.D. Texas, C.A. No. CA-3-90-2835-D
Matthew Coyle, et al. v. Pan American World Airways, Inc., et al.
    D. Connecticut, C.A. No. N-90-684-JAC
Dominique Garrett, etc. v. Pan American World Airways, Inc.,
    S.D. New York, C.A. No. 90-Civ-8050
Barbara Ann Ludlow, etc. v. Pan American World Airways, Inc., et al,
    S.D. New York, C.A. No. 90 Civ-8106
(G-179)    Cherry Peirce, etc. v. Pan American World Airways, Inc., et
           al., S.D. Florida, C.A. No. 90-2835 (J. Hoeveler)
(G-180)    M.S. Shastri, et al. v. Pan American World Airways, Inc.,
           et al., S.D. Florida, C.A. No. 90-2836 (J. Marcus)
(G-181)    M. Victoria Diaz Cummock, etc. v. Pan American World
           Airways, Inc., S.D. Florida, C.A. No. 90-2837 (J. Marcus)
(G-182)    Herbert Swire, et al. v. Pan American World Airways, Inc.,
           et al., S.D. Florida, C.A. No. 90-2838 (J. Davis)
(G-183)    Alan Joseph Jones, et al. v. Pan American World Airways,
           Inc., et al., S.D. Florida, C.A. No. 90-2839 (J. Nesbitt)

DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| | | (G-184)   Michael Hourihan, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2840 (J. Marcus) |
| | | (G-185)   Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2841 (J. Marcus) |
| | | (G-186)   Patricia Mary Booth, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2842 (J. Moreno) |
| | | (G-187)   Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2843 (J. Nesbitt) |
| | | (G-188)   Thomas O'Gara, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2844  (J. Davis) |
| | | (G-189)   Rosemary Stevenson, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2845 (J. Marcus) |
| | | (G-190)   Ronald Boulanger, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2846 (J. Hoeveler) |
| | | (G-191)   Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2847 (J. Nesbitt) |
| | | (G-192)   Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2848 (J. Spellman) |
| | | (G-193)   Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2849 (J. Ryskamp) |
| | | (G-194)   Mack Saunders, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2850 (J. King) |
| | | (G-195)   Jerichem Rubin, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2851 (J. Nesbitt) |
| | | (G-196)   Chester D. Phillips, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2852 (J. Marcus) |
| | | (G-197)   Gheorghina Vulcu, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2853 (J. Nesbitt) |
| | | (G-198)   Barry J. Valentino, Sr., etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2854 (J. Spellman) |
| | | (G-199)   Joseph L. Tobin, Jr., etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2855 (J. Kehoe) |
| | | (G-200)   Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2856 (J. Spellman) |
| | | (G-201)   Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2857 (J. Spellman) |
| | | (G-202)   Adelaide M. Marek, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2858 (J. Davis) |
| | | (G-203)   Barry John Flick, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2859 (J. Gonzalez) |
| | | (G-204)   John M. Cory, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2860  (J. Zloch) |
| | | (G-205)   Patrick F. Noonan, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2861 (J. Zloch) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| | (G-206) | Stanley Maslowski, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2862 (J. Zloch) |
| | (G-207) | Robert P. Berrell, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2863 (J. Zloch) |
| | (G-208) | Susan Gannon, etc., v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2864 (J. Kehoe) |
| | (G-209) | The Official Solicitor to the Supreme Court of Penderel House, London, England, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2865 (J. Gonzalez) |
| | (G-210) | Garth Gallagher, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2866 (J. Gonzalez) |
| | (G-211) | John Berkley, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2867 (J. Roettger) |
| | (G-212) | Allen Benello, etc., v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2868 (J. Gonzalez) |
| | (G-213) | John Thomas Bacciochi, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2869 (J. Roettger) |
| | (G-214) | Paul Aicher, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2870 (J. Gonzalez) |
| | (G-215) | Maggie Boatmon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2871 (J. Roettger) |
| | (G-216) | Roy Burman, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2878 (J. Spellman) |
| | (G-217) | Georgia Nucci, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2879 (J. Marcus) |
| | (G-218) | Shirley M. Lincoln, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2880 (J. Hoeveler) |
| | (G-219) | Richard E. Mack, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2881 (J. King) |
| | (G-220) | Katia Cadman, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2882 (J. Hoeveler) |
| | (G-221) | Anthony J. Cardwell, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2883 (J. King) |
| | (G-222) | John Frederick Mosey, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2884 (J. King) |
| | (G-223) | G. Edward Morgan, Jr., etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2885 (J. Marcus) |
| | (G-224) | Richard Miazga, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2886 (J. Hoeveler) |
| | (G-225) | Eva Lorraine Merrill, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2887 (J. Spellman) |
| | (G-226) | Carol McCollum, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2888 (J. Moreno) |
| | (G-227) | Peter M. McCarthy, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2889 (J. Ryskamp) |
| | (G-228) | David William Owen, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2890 (J. Atkins) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 --  _____

| Date | Ref. | Pleading Description |
|---|---|---|
| | | (G-229) David William Owen, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2891 (J. Spellman) |
| | | (G-230) Douglas Phillips v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2892 (J. Marcus) |
| | | (G-231) Caroline S. Sneed v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2893 (J. Marcus) |
| | | (G-232) Clark Phillips v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2894 (J. Davis) |
| 91/02/08 | 30 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in 54 actions listed below (G-179-G-232) -- S.D. Florida -- Notified involved counsel and judges (sg) |
| | | (G-179) Cherry Peirce, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2835 (J. Hoeveler) |
| | | (G-180) M.S. Shastri, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2836 (J. Marcus) |
| | | (G-181) M. Victoria Diaz Cummock, etc. v. Pan American World Airways, Inc., S.D. Florida, C.A. No. 90-2837 (J. Marcus) |
| | | (G-182) Herbert Swire, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2838 (J. Davis) |
| | | (G-183) Alan Joseph Jones, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2839 (J. Nesbitt) |
| | | (G-184) Michael Hourihan, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2840 (J. Marcus) |
| | | (G-185) Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2841 (J. Marcus) |
| | | (G-186) Patricia Mary Booth, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2842 (J. Moreno) |
| | | (G-187) Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2843 (J. Nesbitt) |
| | | (G-188) Thomas O'Gara, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2844 (J. Davis) |
| | | (G-189) Rosemary Stevenson, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2845 (J. Marcus) |
| | | (G-190) Ronald Boulanger, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2846 (J. Hoeveler) |
| | | (G-191) Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2847 (J. Nesbitt) |
| | | (G-192) Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2848 (J. Spellman) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | | Pleading Description |
|------|------|--|----------------------|
| | | (G-193) | Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2849 (J. Ryskamp) |
| | | (G-194) | Mack Saunders, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2850 (J. King) |
| | | (G-195) | Jerichem Rubin, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2851 (J. Nesbitt) |
| | | (G-196) | Chester D. Phillips, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2852 (J. Marcus) |
| | | (G-197) | Gheorghina Vulcu, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2853 (J. Nesbitt) |
| | | (G-198) | Barry J. Valentino, Sr., etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2854 (J. Spellman) |
| | | (G-199) | Joseph L. Tobin, Jr., etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2855 (J. Kehoe) |
| | | (G-200) | Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2856 (J. Spellman) |
| | | (G-201) | Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2857 (J. Spellman) |
| | | (G-202) | Adelaide M. Marek, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2858 (J. Davis) |
| | | (G-203) | Barry John Flick, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2859 (J. Gonzalez) |
| | | (G-204) | John M. Cory, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2860 (J. Zloch) |
| | | (G-205) | Patrick F. Noonan, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2861 (J. Zloch) |
| | | (G-206) | Stanley Maslowski, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2862 (J. Zloch) |
| | | (G-207) | Robert P. Berrell, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2863 (J. Zloch) |
| | | (G-208) | Susan Gannon, etc., v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2864 (J. Kehoe) |
| | | (G-209) | The Official Solicitor to the Supreme Court of Penderel House, London, England, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2865 (J. Gonzalez) |
| | | (G-210) | Garth Gallagher, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2866 (J. Gonzalez) |
| | | (G-211) | John Berkley, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2867 (J. Roettger) |
| | | (G-212) | Allen Benello, etc., v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2868 (J. Gonzalez) |
| | | (G-213) | John Thomas Bacciochi, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2869 (J. Roettger) |
| | | (G-214) | Paul Aicher, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2870 (J. Gonzalez) |
| | | (G-215) | Maggie Boatmon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2871 (J. Roettger) |

DOCKET NO. 799 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| | (G-216) | Roy Burman, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2878 (J. Spellman) |
| | (G-217) | Georgia Nucci, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2879 (J. Marcus) |
| | (G-218) | Shirley M. Lincoln, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2880 (J. Hoeveler) |
| | (G-219) | Richard E. Mack, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2881 (J. King) |
| | (G-220) | Katia Cadman, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2882 (J. Hoeveler) |
| | (G-221) | Anthony J. Cardwell, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2883 (J. King) |
| | (G-222) | John Frederick Mosey, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2884 (J. King) |
| | (G-223) | G. Edward Morgan, Jr., etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2885 (J. Marcus) |
| | (G-224) | Richard Miazga, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2886 (J. Hoeveler) |
| | (G-225) | Eva Lorraine Merrill, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2887 (J. Spellman) |
| | (G-226) | Carol McCollum, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2888 (J. Moreno) |
| | (G-227) | Peter M. McCarthy, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2889 (J. Ryskamp) |
| | (G-228) | David William Owen, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2890 (J. Atkins) |
| | (G-229) | David William Owen, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2891 (J. Spellman) |
| | (G-230) | Douglas Phillips v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2892 (J. Marcus) |
| | (G-231) | Caroline S. Sneed v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2893 (J. Marcus) |
| | (G-232) | Clark Phillips v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2894 (J. Davis) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/02/12 | 31 | LETTER -- Supplemental Information signed by Arthur E. Hoffman, Jr. -- (see pldg. #29)  (sg) |
| 91/02/25 |    | CONDITIONAL TRANSFER ORDERS FILED TODAY -- G-233 Tammy B. Chenoweth, etc. v. Pan American World Services, Inc., et al., E.D. Ark., C.A. No. LR-C-90-864; G-234 Andrea R. Leyrer, etc. v. Pan American World Airways, Inc., et al., S.D.N.Y., C.A. No. 91-CIV-0432; G-235 Velma Jean McGuire v. Alert Management Systems, Inc., et al., S.D. Tex., C.A. No. H-90-3776 -- Notified involved counsel and judges.  (ds) |
| 91/02/25 | 32 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in the fifty-four actions listed G-179 - G-232, S.D. Florida -- w/cert of svc.  (sg) |

(G-179)   Cherry Peirce, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2835  (J. Hoeveler)

(G-180)   M.S. Shastri, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2836  (J. Marcus)

(G-181)   M. Victoria Diaz Cummock, etc. v. Pan American World Airways, Inc., S.D. Florida, C.A. No. 90-2837 (J. Marcus)

(G-182)   Herbert Swire, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2838  (J. Davis)

(G-183)   Alan Joseph Jones, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2839 (J. Nesbitt)

(G-184)   Michael Hourihan, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2840 (J. Marcus)

(G-185)   Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2841 (J. Marcus)

(G-186)   Patricia Mary Booth, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2842 (J. Moreno)

(G-187)   Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2843 (J. Nesbitt)

(G-188)   Thomas O'Gara, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2844  (J. Davis)

(G-189)   Rosemary Stevenson, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2845 (J. Marcus)

(G-190)   Ronald Boulanger, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2846 (J. Hoeveler)

(G-191)   Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2847 (J. Nesbitt)

(G-192)   Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2848 (J. Spellman)

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799--  _____

| Date | Ref. | | |
|------|------|---|---|
| | | (G-193) | Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2849 (J. Ryskamp) |
| | | (G-194) | Mack Saunders, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2850 (J. King) |
| | | (G-195) | Jerichem Rubin, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2851 (J. Nesbitt) |
| | | (G-196) | Chester D. Phillips, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2852 (J. Marcus) |
| | | (G-197) | Gheorghina Vulcu, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2853 (J. Nesbitt) |
| | | (G-198) | Barry J. Valentino, Sr., etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2854 (J. Spellman) |
| | | (G-199) | Joseph L. Tobin, Jr., etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2855 (J. Kehoe) |
| | | (G-200) | Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2856 (J. Spellman) |
| | | (G-201) | Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2857 (J. Spellman) |
| | | (G-202) | Adelaide M. Marek, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2858 (J. Davis) |
| | | (G-203) | Barry John Flick, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2859 (J. Gonzalez) |
| | | (G-204) | John M. Cory, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2860 (J. Zloch) |
| | | (G-205) | Patrick F. Noonan, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2861 (J. Zloch) |
| | | (G-206) | Stanley Maslowski, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2862 (J. Zloch) |
| | | (G-207) | Robert P. Berrell, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2863 (J. Zloch) |
| | | (G-208) | Susan Gannon, etc., v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2864 (J. Kehoe) |
| | | (G-209) | The Official Solicitor to the Supreme Court of Penderel House, London, England, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2865 (J. Gonzalez) |
| | | (G-210) | Garth Gallagher, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2866 (J. Gonzalez) |
| | | (G-211) | John Berkley, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2867 (J. Roettger) |
| | | (G-212) | Allen Benello, etc., v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2868 (J. Gonzalez) |
| | | (G-213) | John Thomas Bacciochi, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2869 (J. Roettger) |
| | | (G-214) | Paul Aicher, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2870 (J. Gonzalez) |
| | | (G-215) | Maggie Boatmon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2871 (J. Roettger) |

P.23

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| | (G-216) | Roy Burman, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2878 (J. Spellman) |
| | (G-217) | Georgia Nucci, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2879 (J. Marcus) |
| | (G-218) | Shirley M. Lincoln, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2880 (J. Hoeveler) |
| | (G-219) | Richard E. Mack, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2881 (J. King) |
| | (G-220) | Katia Cadman, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2882 (J. Hoeveler) |
| | (G-221) | Anthony J. Cardwell, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2883 (J. King) |
| | (G-222) | John Frederick Mosey, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2884 (J. King) |
| | (G-223) | G. Edward Morgan, Jr., etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2885 (J. Marcus) |
| | (G-224) | Richard Miazga, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2886 (J. Hoeveler) |
| | (G-225) | Eva Lorraine Merrill, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2887 (J. Spellman) |
| | (G-226) | Carol McCollum, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2888 (J. Moreno) |
| | (G-227) | Peter M. McCarthy, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2889 (J. Ryskamp) |
| | (G-228) | David William Owen, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2890 (J. Atkins) |
| | (G-229) | David William Owen, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2891 (J. Spellman) |
| | (G-230) | Douglas Phillips v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2892 (J. Marcus) |
| | (G-231) | Caroline S. Sneed v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2893 (J. Marcus) |
| | (G-232) | Clark Phillips v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2894 (J. Davis) |
| 91/03/13 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- G-233 Tammy B. Chenoweth, etc. v. Pan American World Airways, E.D. Arkansas, C.A. No. LR-C-90-864; G-234 Andrea R. Leyrer, etc. v. Pan American World Airways, S.D. New York, C.A. No. 91-CIV-0432; G-235 Velma Jean McGuire v. Alert Management Systems, Inc., et al., S.D. Texas, C.A. No. H-90-3776 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cdm) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/03/19 | 33 | BRIEF (re: pldg. #32) -- defts. Pan American World Services, Inc., Alert Management Systems, Inc. and Pan Am World Services, Inc. w/exhibits A thru J and cert. of svc.  (ds) |
| 91/03/26 | 34 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- filed by pltf. Cherly Pierce -- EXTENSION GRANTED TO AND INCLUDING April 2, 1991 -- Notified involved counsel (ds) |
| 91/04/02 | 35 | REPLY -- Filed by pltf. Cherry Pierce, etc. and pltfs. in 53 actions  -- w/cert. of svc. (rh) |
| 91/04/16 | | HEARING ORDER -- setting opposition of certain pltfs. to transfer for Panel hearing in New York, on May 31, 1991 (ds) |
| 1/05/29 | | HEARING APPEARANCES -- for hearing on 5/31/91, New York, New York -- JOEL S. PERWIN, ESQ. or VICTOR M. DIAZ, JR., ESQ. for Plaintiffs in 54 S.D. Florida actions and ELIZABETH A. BRYSON, ESQ. for Pan American World Airways, Inc., et al. (ds) |
| 91/06/10 | | TRANSFER ORDER -- transferring 54 actions (G-179 thru G-232 listed below) -- Transferred to the Eastern District of New York -- Notified involved clerks, counsel, misc. recipients and judges  (sg) |

(G-179)  Cherry Peirce, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2835  (J. Hoeveler)

(G-180)  M.S. Shastri, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2836  (J. Marcus)

(G-181)  M. Victoria Diaz Cummock, etc. v. Pan American World Airways, Inc., S.D. Florida, C.A. No. 90-2837 (J. Marcus)

(G-182)  Herbert Swire, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2838  (J. Davis)

(G-183)  Alan Joseph Jones, et al. v. Pan American World Airways, Inc. et al., S.D. Florida, C.A. No. 90-2839 (J. Nesbitt)

(G-184)  Michael Hourihan, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2840 (J. Marcus)

(G-185)  Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2841 (J. Marcus)

(G-186)  Patricia Mary Booth, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2842 (J. Moreno)

(G-187)  Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2843 (J. Nesbitt)

(G-188)  Thomas O'Gara, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2844  (J. Davis)

(G-189)  Rosemary Stevenson, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2845 (J. Marcus)

(G-190)  Ronald Boulanger, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2846 (J. Hoeveler)

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| | (G-191) | Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2847 (J. Nesbitt) |
| | (G-192) | Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2848 (J. Spellman) |
| | (G-193) | Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2849 (J. Ryskamp) |
| | (G-194) | Mack Saunders, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2850 (J. King) |
| | (G-195) | Jerichem Rubin, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2851 (J. Nesbitt) |
| | (G-196) | Chester D. Phillips, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2852 (J. Marcus) |
| | (G-197) | Gheorghina Vulcu, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2853 (J. Nesbitt) |
| | (G-198) | Barry J. Valentino, Sr., etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2854 (J. Spellman) |
| | (G-199) | Joseph L. Tobin, Jr., etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2855 (J. Kehoe) |
| | (G-200) | Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2856 (J. Spellman) |
| | (G-201) | Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2857 (J. Spellman) |
| | (G-202) | Adelaide M. Marek, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2858 (J. Davis) |
| | (G-203) | Barry John Flick, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2859 (J. Gonzalez) |
| | (G-204) | John M. Cory, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2860 (J. Zloch) |
| | (G-205) | Patrick F. Noonan, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2861 (J. Zloch) |
| | (G-206) | Stanley Maslowski, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2862 (J. Zloch) |
| | (G-207) | Robert P. Berrell, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2863 (J. Zloch) |
| | (G-208) | Susan Gannon, etc., v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2864 (J. Kehoe) |
| | (G-209) | The Official Solicitor to the Supreme Court of Penderel House, London, England, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2865 (J. Gonzalez) |
| | (G-210) | Garth Gallagher, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2866 (J. Gonzalez) |
| | (G-211) | John Berkley, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2867 (J. Roettger) |
| | (G-212) | Allen Benello, etc., v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2868 (J. Gonzalez) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| | | (G-213)   John Thomas Bacciochi, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2869 (J. Roettger) |
| | | (G-214)   Paul Aicher, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2870 (J. Gonzalez) |
| | | (G-215)   Maggie Boatmon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2871 (J. Roettger) |
| | | (G-216)   Roy Burman, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2878 (J. Spellman) |
| | | (G-217)   Georgia Nucci, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2879 (J. Marcus) |
| | | (G-218)   Shirley M. Lincoln, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2880 (J. Hoeveler) |
| | | (G-219)   Richard E. Mack, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2881 (J. King) |
| | | (G-220)   Katia Cadman, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2882 (J. Hoeveler) |
| | | (G-221)   Anthony J. Cardwell, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2883 (J. King) |
| | | (G-222)   John Frederick Mosey, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2884 (J. King) |
| | | (G-223)   G. Edward Morgan, Jr., etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2885 (J. Marcus) |
| | | (G-224)   Richard Miazga, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2886 (J. Hoeveler) |
| | | (G-225)   Eva Lorraine Merrill, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2887 (J. Spellman) |
| | | (G-226)   Carol McCollum, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2888 (J. Moreno) |
| | | (G-227)   Peter M. McCarthy, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2889 (J. Ryskamp) |
| | | (G-228)   David William Owen, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2890 (J. Atkins) |
| | | (G-229)   David William Owen, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2891 (J. Spellman) |
| | | (G-230)   Douglas Phillips v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2892 (J. Marcus) |
| | | (G-231)   Caroline S. Sneed v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2893 (J. Marcus) |
| | | (G-232)   Clark Phillips v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2894 (J. Davis) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- In re Air Disaster at Lockerbie, Scotland, on December 21, 1988

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/09/03 | | CONDIITONAL TRANSFER ORDER FILED TODAY -- H-236 - Tore Carlsson, etc. v. Pan Am Corp., et al., D. Massachusetts, #91-11887-WD -- NOTIFIED INVOLVED COUNSEL AND JUDGES  (cdm) |
| 91/09/19 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- H-236 Tore Carlsson, etc. v. Pan Am Corp., et al., D. Massachusetts, C.A. No. 91-11887-WD -- Notified involved clerks and judges. (ds) |
| 91/10/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- H-237 Harvey Hall, etc. v. Pan American World Airways, Inc., et. al., W.D. Michigan, C.A. No. 4:91-CV-147 -- Notified involved counsel and judges (KAC) |
| 91/11/04 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- H-237 Harvey Hall, etc. v. Pan American World Airways, Inc., et al., W.D. Michigan, C.A. No. 4:91-CV-147 -- Notified involved clerks and judges  (sg) |
| 91/11/20 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- H-238 Tore Carlsson, etc. v. Pan Am Corp., et al., D. Massachusetts, C.A. No. 91-12855-WF -- Notified involved counsel and judges (rh) |
| 91/12/06 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (H-238) Tore Carlsson, etc. v. Pan Am Corp., et al., D. Massachusetts, C.A. No. 91-12855-WF -- Notified involved judges and clerks (kac) |
| 92/07/29 | 36 | SUGGESTION FOR REMAND -- For G-179 through G-229 -- Signed by Judge Thomas C. Platt, Jr. in the Eastern District of New York (Dated 07/20/92) |
| 92/07/29 | | CONDITIONAL REMAND ORDER -- (51 actions) (G-179 through G-229) -- See list below  (kac) |

(G-179)   Cherry Peirce, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2835 (J. Hoeveler)

(G-180)   M.S. Shastri, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2836 (J. Marcus)

(G-181)   M. Victoria Diaz Cummock, etc. v. Pan American World Airways, Inc., S.D. Florida, C.A. No. 90-2837 (J. Marcus)

(G-182)   Herbert Swire, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2838 (J. Davis)

(G-183)   Alan Joseph Jones, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2839 (J. Nesbitt)

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| | (G-184) | Michael Hourihan, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2840 (J. Marcus) |
| | (G-185) | Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2841 (J. Marcus) |
| | (G-186) | Patricia Mary Booth, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2842 (J. Moreno) |
| | (G-187) | Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2843 (J. Nesbitt) |
| | (G-188) | Thomas O'Gara, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2844 (J. Davis) |
| | (G-189) | Rosemary Stevenson, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2845 (J. Marcus) |
| | (G-190) | Ronald Boulanger, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2846 (J. Hoeveler) |
| | (G-191) | Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2847 (J. Nesbitt) |
| | (G-192) | Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2848 (J. Spellman) |
| | (G-193) | Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2849 (J. Ryskamp) |
| | (G-194) | Mack Saunders, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2850 (J. King) |
| | (G-195) | Jerichem Rubin, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2851 (J. Nesbitt) |
| | (G-196) | Chester D. Phillips, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2852 (J. Marcus) |
| | (G-197) | Gheorghina Vulcu, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2853 (J. Nesbitt) |
| | (G-198) | Barry J. Valentino, Sr., etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2854 (J. Spellman) |
| | (G-199) | Joseph L. Tobin, Jr., etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2855 (J. Kehoe) |
| | (G-200) | Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2856 (J. Spellman) |
| | (G-201) | Thomas Coker, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2857 (J. Spellman) |
| | (G-202) | Adelaide M. Marek, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2858 (J. Davis) |
| | (G-203) | Barry John Flick, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2859 (J. Gonzalez) |
| | (G-204) | John M. Cory, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2860 (J. Zloch) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ --

| Date | Ref. |
|------|------|
|      |      |

(G-205) Patrick F. Noonan, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2861 (J. Zloch)

(G-206) Stanley Maslowski, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2862 (J. Zloch)

(G-207) Robert P. Berrell, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2863 (J. Zloch)

(G-208) Susan Gannon, etc., v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2864 (J. Kehoe)

(G-209) The Official Solicitor to the Supreme Court of Penderel House, London, England, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2865 (J. Gonzalez)

(G-210) Garth Gallagher, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2866 (J. Gonzalez)

(G-211) John Berkley, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2867 (J. Roettger)

(G-212) Allen Benello, etc., v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2868 (J. Gonzalez)

(G-213) John Thomas Bacciochi, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2869 (J. Roettger)

(G-214) Paul Aicher, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2870 (J. Gonzalez)

(G-215) Maggie Boatmon, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2871 (J. Roettger)

(G-216) Roy Burman, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2878 (J. Spellman)

(G-217) Georgia Nucci, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2879 (J. Marcus)

(G-218) Shirley M. Lincoln, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2880 (J. Hoeveler)

(G-219) Richard E. Mack, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2881 (J. King)

(G-220) Katia Cadman, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2882 (J. Hoeveler)

(G-221) Anthony J. Cardwell, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2883 (J. King)

(G-222) John Frederick Mosey, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2884 (J. King)

(G-223) G. Edward Morgan, Jr., etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2885 (J. Marcus)

(G-224) Richard Miazga, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2886 (J. Hoeveler)

(G-225) Eva Lorraine Merrill, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2887 (J. Spellman)

(G-226) Carol McCollum, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2888 (J. Moreno)

(G-227) Peter M. McCarthy, etc. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2889 (J. Ryskamp)

(G-228) David William Owen, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2890 (J. Atkins)

(G-229) David William Owen, et al. v. Pan American World Airways, Inc., et al., S.D. Florida, C.A. No. 90-2891 (J. Spellman)

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **799** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/08/12 | 37 | NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDERS -- filed by defts. Pan American world Airways, Inc., Pan Am World Services, Inc. and Alert Management Systems, Inc. in 51 S.D. Florida actions w/Schedule of Actions and cert. of svc. (kac) |
| 92/08/24 | 38 | REQUEST TO ADD TO SEPTEMBER 25, 1992 HEARING CALENDAR THE MOTION TO VACATE CONDITIONAL REMAND ORDER OF 51 SOUTHERN DISTRICT OF FLORIDA ACTIONS -- DENIED -- Notified Involved counsel (kac) |
| 92/08/24 | 38 | REQUEST FOR EXPEDITED HEARING -- filed by pltfs. in 51 S.D. Florida actions -- DENIED -- Notified involved counsel (kac) |
| 92/08/27 | 39 | MOTION/BRIEF TO VACATE ~~GTO~~ CRO -- (re: pldg. #37) filed by defts. Pan American World Airways, Inc. and Alert Management Systems, Inc. w/Schedule of Actions, Exhibits A thru F and cert. of svc. (kac) |
| 92/09/15 | 40 | RESPONSE --(to pldg. #39) filed by Florida pltfs. Cherry Peirce, et al. -- w/cert. of svc. (bas) |
| 92/09/23 | 41 | REPLY -- (re: pldg. #39) filed by defts. Pan American Airways, Inc. and Alert Management Systems, Inc. -- w/cert. of svc. (bas) |
| 92/10/23 | | HEARING ORDER -- Setting opposition of defts. Pan American World Airways, Inc., Pan American World Services, Inc. and Alert Management Systems, Inc. to remand in 51 actions **(G-179 through G-229)** in the S.D. of Florida -- See CONDITIONAL REMAND ORDER filed on 07/29/92 -- Notified involved counsel, judges and clerks (bas) |
| 92/11/17 | | HEARING APPEARANCES -- (For hearing on 11/20/92 in Jacksonville, Florida) -- RICHARD M. SHARP, ESQ. for Pan American World Airways, Inc. and Alert Management Systems, Inc.; JOEL S. PERWIN, ESQ. for Plaintiffs in 51 actions **(G-179 through G-229)** in S.D. Florida **(for list of actions, see Conditional Remand Order filed on 07/29/92, pages 27 thru 29)** (bas) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/12/03 | | ORDER DENYING REMAND -- 51 S.D. Florida actions **(G-179 through G-229)** -- For list of actions, see **CONDITIONAL REMAND ORDER** filed on **07/29/92**, pages 27 through 29 -- Notified involved counsel, clerks and judges (bas) |

JPML Form 1
Revised: 8/78

DOCKET NO. 799 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Disaster at Lockerbie, Scotland, on December 21, 1988

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 23, 1989 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 4, 1989 | PC | 709 F.SUPP. 231 | E.D. New York 207 | Thomas C. Platt, Jr. | |

## Special Transferee Information

Deputy Clerk, Judge Platt is in Uniondale
~~Stephanie Smith~~  ~~FTS 656-1708~~  FTS 485-7906
~~718-330-1708~~  Georgette Hohl

Courtroom Deputy - Shirley Wilson  FTS 656-7928
718-330-7928

DATE CLOSED: _____

| Intra-Office Number | Caption 10/13/89 | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Rose Mary Copeland, et al. v. Pan American World Airways | N.J. Ackerman | 89-98 | 4/4/89 | CV89-1113 (TCP) | | |
| A-2 | Dr. Sudhakar Dixit, etc. v. Pan American Systems Corporation | Ohio,S. Rice | C-3-89-16 | | | | |
| A-3 | Dr. Sudhakar Dixit, etc. v. Pan American Systems Corporation | Ohio,S. Rice | C-3-89-17 | | | | these actions dismn in Ohio S. refiled etc 10.20.21.22 |
| A-4 | Larry W. Forsythe, etc. v. Pan American Systems Corporation | Ohio,S. Spiegel | C-1-89-021 | | | 1/30/892 | |
| A-5 | Donald Malicote, Sr., etc. v. Pan American Systems Corporation | Ohio,S. Spiegel | C-1-89-022 | | | 1/30/90 | |
| A-6 | Nazir Jaafar, etc. v. Pan American World Airways | Mich.,E. Gilmore | 88-CV-75087-DT | 4/4/89 | CV89-1118 (TCP) | | |
| A-7 | Arnold Asrelsky, et al. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-0210(TCP) | | | | |
| A-8 | Arnold Victor Butler, et al. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-0268(TCP) | | | | |
| A-9 | Lynne R. Fraidowitz, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-0211(TCP) | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Denice H. Rein, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-0157(TCP) | | | | |
| A-11 | John Frick Root, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-0208(TCP) | | | | |
| A-12 | John J. Schultz, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-0158(TCP) | | | | |
| A-13 | Madeline B. Shapiro, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-0207(TCP) | | | | |
| A-14 | Rosanne Weston, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-0206(TCP) | | | | |
| A-15 | George H. Williams, et al. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-0209(TCP) | | | | |
| A-16 | John B. Zwynenburg, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-0269(TCP) | | | | |
| A-17 | Charles M. Rosenthal, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-0338(TCP) | | | | |
| A-18 | Molena A. Porter, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-0337(TCP) | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-19 | Dr. Sudhakar Dixit, etc. v. Pan American World Airways | Ohio,S. Rice | C-3-89-33 | 4/4/89 | CV89-1114 (TCP) | | Amended pldg. #4 |
| A-20 | Dr. Sudhaker Dixit, etc. v. Pan American World Airways | Ohio,S. Rice | C-3-89-34 | 4/4/89 | CV89-1115 (TCP) | | |
| A-21 | Donald Malicote, Sr., etc. v. Pan American World Airways | Ohio,S. Spiegel | C-1-89-40 | 4/4/89 | CV89-1117 (TCP) | | |
| A-22 | Larry W. Forsythe, etc. v. Pan American World Airways | Ohio,S. Spiegel | C-1-89-41 | 4/4/89 | CV89-1116 (TCP) | | |
| B-23 | Mary M. Stratis, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-0544(TCP) | | | | |
| B-24 | Kathryn C. Daniels, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-0545(TCP) | | | | |
| B-25 | Mary Lou Ciulla, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-0546(TCP) | | | | |
| B-26 | Dona Bardelli Bainbridge, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. | Cv-89-0386 TCP | | | | Amendment to Motion Filed 2/2/89 |
| B-27 | Eleanor Hoey Bright, etc. v. Pan American World Airways, Inc., et al. 4/12/89 | N.Y.,S. | 89-Civ-1660 | 4.28.89 | CV89-1447 | | |
| B-28 | Geraldine G. Buser, etc. v. Pan American World Airways, Inc., et al. 4/12/89 | N.Y.,S. | 89-Civ-1047 | 4.28.89 | CV89-1448 | | |
| B-29 | Geraldine G. Buser, etc. v. Pan American World Airways, Inc., et al. 4/12/89 | N.Y.,S. | 89-Civ-1048 | 4.28.89 | CV89-1450 | | |
| B-30 | Salvatore V. Capasso, et al. v. Pan American World Airways, Inc., et al. | N.Y.,E. | 89-Civ-0385 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ● B-31 | Paul Pal Halsch, etc. v. Pan American World Airways, Inc., et al. 4/12/89 | N.Y.,S. | 89-Civ-1049 | 4-28-89 | CV89-1449 | | |
| B-32 | Helen Engelhardt Hawkins, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. | CV-89-0704 | | | | |
| B-33 | Raymond M. Jermyn, Sr., et al. v. Pan American World Airways, Inc., et al. | N.Y.,E. | CV-89-0537 | | | | |
| ● B-34 | Patricia L. Kingham, etc. v. Pan American World Airways, Inc., et al. 4/12/89 | N.Y.,S. | 89-Civ-1354 | 4/28/89 | CV89-1451 | | |
| ● B-35 | Rhoda P. Miller, etc. v. Pan American World Airways, Inc., et al. 4/12/89 | N.Y.,S. | 89-Civ-1046 | 4-28-89 | CV89-1452 | | |
| B-36 | Judith A. Pagnucco, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. | CV-89-0387 TCP | | | | |
| B-37 | Lisa Platt, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. | 89-CV-0832 | | | | |
| ● B-38 | Jacob Posen, et al. v. Pan American World Airways, Inc., et al. 4/12/89 | N.Y.,S. | 89-Civ-1507 | 4/28/89 | CV89-1453 | | |
| B-39 | Shirin Alghband Vejadany, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. | CV-89-0705 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-40 | William W. Hollister, et al. v. Pan American World Airways, et al. | N.Y., E. Platt | CV89-857 | | | | |
| XYZ-41 | Donna Bardelli Bainbridge, etc. v. Pan American World Airways, Inc., et al. | N.Y., E. Platt | CV-89-386 | *duplicate* | *see (26)* | | |
| XYZ-42 | Judith A. Pagnucco, etc. v. Pan American World Airways, Inc., et al. | N.Y., E. Platt | CV-89-387 | *duplicate* | *see (37)* | | |
| XYZ-43 | Raymond M. Jermyn, et al. v. Pan American World Airways, Inc., et al. | N.Y., E. Platt | CV-89-537 | *duplicate* | *see (38)* | | |
| XYZ-44 | Helen Engelhardt Hawkins etc. v. Pan American World Airways, Inc., et al. | N.Y., E. Platt | CV-89-704 | *duplicate* | *see (32)* | | |
| XYZ-45 | Maggie Boatman, etc. v. Pan American World Airways, Inc., et al. | N.Y., E. Platt | CV-89-741 | | | | |
| XYZ-46 | Shirin A. Vejdany, etc. v. Pan American World Airways, Inc., et al. | N.Y., E. Platt | CV-89-705 | *duplicate* | *see (39)* | | |
| C-47 | Diane Rencevicz, et al. v. Pan American World Airways, Inc., et al. 4/12/89 | N.J. Lifland | 89-883(JCL) | 4-28-89 | CV89-1454 | | |
| C-48 | William H. Johnson, et al. v. Pan American World Airlines, Inc., et al. 4/12/89 | N.J. Ackerman | 89-377(HAA) | 4-28-89 | CV89-1455 | | |
| C-49 | M.T. Ergin, etc. v. Pan American World Airways, Inc. 4/12/89 | N.Y.,S. Mukasey | 89-Civ-0344 | 4-28-89 | CV89-1456 | | |
| C-50 | Robert Leckburg, etc. v. Pan American World Airways, Inc. 4/12/89 | N.Y.,S. Mukasey | 89-Civ-0345 | 4-28-89 | CV89-1457 | | |

DOCKET NO. 799 -- In re Case MDL No. 792 Document 150 Filed 06/12/15 Page 38 of 64

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-51 | Anthony B. Hall, et al. v. Pan American World Airways, Inc., et al. 4/12/89 | N.Y.,S. Mukasey | 89-Civ-1355 | 4-28-89 | CV89-1458 | | |
| C-52 | Robert R. Hunt, etc. v. Pan American World Airways, Inc., et al. 4/12/89 | N.Y.,S. Mukasey | 89-Civ-1508 | 4-28-89 | CV89-1459 | | |
| C-53 | Florence Bissett, etc. v. Pan American World Airways, Inc. 4/12/89 | N.Y.,S. Mukasey | 89-Civ-0251 | 4-28-89 | CV89-1460 | | |
| C-54 | John Draheim, etc. v. Pan American World Airways, Inc., et al. 4/12/89 | Mich.,E. La Plata | 89-CV-60065 | 4-28-89 | C89-1461 | | |
| XYZ-55 | Bernadette R. Hurst, etc. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | Civ 89-0785 | | | | |
| C-56 | Tammy B. Chenoweth, etc. v. Pan American World Airways, Inc., et al. 4-20-89 Opposed 5/9/89 | Ark.,W. Arnold | 89-4029 | 5/17/89 | 89-1106 | | |
| C-57 | Dr. Shachi Rattan, etc. v. Pan American World Airways 4-20-89 | Mich.,E. Duggan | 89-CV-70370DT | 5/8/89 | 89-1629 | | |
| C-58 | David Bell, etc. v. Pan American World Airways, Inc. 4-20-89 | N.Y.,S. Mukasey | 89-Civ-0811 | 5/8/89 | CV89-1630 TCP | | |
| C-59 | Daniel Edward Cohen, et al. v. Pan American World Airways, Inc., et al. | N.Y.,S. Mukasey | 89-Civ-1967 | 5/8/89 | CV89-1631 TCP | | |
| C-60 | Palmer N. Smith, etc. v. Pan American World Airways, Inc., et al. 4-20-89 | N.Y.,S. Mukasey | 89-Civ-2001 | 5/8/89 | CV89-1632 TCP | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-61 | Anne Hudson, etc. v. Pan American World Airways, Inc., et al. 4-20-89 | N.Y.,S. Mukasey | 89-Civ-2002 | 5/8/89 | CV89-1633 TCP | | |
| C-62 | Florencio Quiguyan, etc. v. Pan American World Airways, Inc., et al. 4-20-89 | N.Y.,S. Mukasey | 89-Civ-2149 | 5/8/89 | CV89-1634 TCP | | |
| C-63 | Melvin Bell, etc. v. Pan American World Airways, Inc., et al. 5/4/89 | Ark.,W. Waters | 89-2061 | 5-22-89 | CV89-1757 | X | |
| C-64 | Leonard Colasanti, et al. v. Pan American World Airways, Inc. 5/4/89 | Mass. McNaught | 89-0122-MC | 5-22-89 | CV89-1758 | X | |
| C-65 | Margaret C. Coursey, et al. v. Pan American World Airways, Inc., et al. 5/9/89 | Tex.,W. Suttle | SA-89-CV-190 | 5/25/89 | CV89-1798 | | |
| C-66 | Thomas Coker, etc. v. Pan American World Airways, Inc., et al. 5-15-89 opposed 5/30/89 | Fla.,S. Davis | 89-936-CIV-DAVIS | CTO VACATED | | | |
| C-67 | Thomas Coker, etc. v. Pan American World Airways, Inc., et al. 5-15-89 opposed 5/30/89 | Fla.,S. Davis | 89-937-CIV-DAVIS | CTO VACATED | | | |
| C-68 | Meryl Shahun Rosen, etc. v. Pan American World Airways, Inc., et al. 5/23/89 | N.Y.,S. Owen | 89-CIV-2985 (RO) | 6/8/89 | CV-89-1964 | | |
| C-69 | Lynn Koenig Garczynski, etc. v. Pan American World Airways, Inc., et al. 5/23/89 | N.Y.,S. Walker | 89-CIV-2986 (JMW) | 6/8/89 | CV-89-1966 | | |
| C-70 | Rosemary Mild, et al. v. Pan American World Airways, Inc., et al. 5/23/89 | N.Y.,S. Edelstein | 89-CIV-2987 (DNE) | 6/8/89 | CV89-1965 | | |
| C-71 | Terri F. Gould, etc. v. Pan American World Airways, Inc., et al. 5/23/89 | N.Y.,S. Leval | 89-CIV-2988 (PNL) | 6/8/89 | CV-89-1967 | | |

July 1989 - 35 TR 130 X 42/65 Pending

[C-66 & C-67 opposed]

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-72 | Susan E. Walker, et al, v. Pan American World Airways, Inc. 6-26-89 | D.Mass. Skinner | 88-2817-S | 7-12-89 | 89-2330 | | |
| D-73 | John M. Flynn, etc. v. Pan American World Airways, Inc., et al. 6-26-89 | S.D.N.Y. Motley | 89-3360 (CBM) | 7-12-89 | 89-2331 | | |
| XYZ-74 | Peter M. McCarthy v. Pan American World Airways, Inc., et al. | N.Y.,E. | 89-2099 | | | | |
| D-75 | Jane E. Davis, etc. v. Pan American World Airways, Inc. 7/20/89 | Conn. Cabranes | B89-335-JAC | | 89-2700 | | |
| D-76 | John M. Cory, et al. v. Pan American World Airways, Inc., et al. 7/20/89 | Conn. Burns | H89-358-EBB | | 89-2701 | | |
| XYZ-77 | Elizabeth Delude-Dix, etc. v. Pan American World Airways, et al. | N.Y.,E. | 89-1101 | | | | |
| E-78 | Velma Jean McGuire v. Pan American World Airways, Inc. 7/27/89 | Tex.,S. Lake | H89-2138 (Lake) | 8/14/89 | 89-2721 | | |
| E-79 | Larry D. Gibson, etc. v. Pan American World Airways, Inc. 8/9/89 | Mich.,E LaPlata | 89-CV-60093-AA | 8/25/89 | 89-2860 | 9/20/90 D | |
| E-80 | Eileen T. O'Connor, etc. v. Pan American World Airways, Inc., et al. 8-28-89 | D.Mass. Young | 89-1364-Y | 9-13-89 | 89-3132 | | |
| E-81 | Fonteller Thomas, etc., et al v. Pan American World Airways, Inc., et al. 8-28-89 | E.D.Mich. LaPlata | 89-CV-60180-AA | 9-13-89 | 89-3133 | | |
| E-82 | Shirley J. Herbert, et al. v. Pan American World Airways, Inc. 8-28-89 | E.D.Mich. Suhrheinrich | 89-CV-72154 D | 9-13-89 | 89-3134 | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-83 | Susan M. Kosmowski, etc. v. Pan American World Airways, Inc., et al. 8-31-89 | E.D.Mich. Newblatt | 89-CV-40216 | 9-18-89 | 89-3186 | | |
| E-84 | Judith Papadopoulos, etc. v. Pan American World Airways, Inc., et al. 8-31-89 | S.D.N.Y. Stewart | 89-CIV-4878 | 9-18-89 | 89-3185 | | |
| E-85 | Michael J. Doyle, et al. v. Pan American World Airways, Inc., et al. 9/28/89 | E.D.Pa. Dubois | 89-5125 | 10-16-89 | 89-3486 | | |
| XYZ-86 | Barbara Matthews Weedon, etc., v. Pan American World Airways, Inc. | E.D.N.Y. Platt | CV-89-3680 | | | | |
| E-87 | Carol McCollum, etc. v. Pan American World Airways, Inc., et al. 11/28/89 | S.D.N.Y. Keenan | 89-CIV-6739 | 12/14/89 | 89-4343 | | |
| E-88 | Perry Dornstein, etc. v. Pan American World Airways, Inc., et al. 12-4-89 | E.D.Pa. Cahn | 89-8157 | 12/20/89 | 90-0005 | | |
| E-89 | Suzanne Martin, et al. v. Pan American World Airways, Inc., et al. 12/27/89 | D.C. Sporkin | 89-3334 | 1/12/90 | 90-0210 | | |
| E-90 | Alf Corner, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Mukasey | 89 Civ 8270 | 1/25/90 | 90-0362 | | |
| E-91 | Joan C. Smith, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Sand | 89 Civ 8271 | 1/25/90 | 90-0363 | | |
| E-92 | Diana Browner, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Leval | 89 Civ 8366 | 1/25/90 | 90-0364 | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-93 | Michael Woolf Tager, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Sand | 89 Civ 8367 | 1/25/90 | 90-0365 | | |
| E-94 | Rita Kelly, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Wood | 89 Civ 8370 | 1/25/90 | 90-0366 | | |
| E-95 | Dominique Garrett, et al. v. et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Sweet | 89 Civ 8371 | 1/25/90 | 90-0367 | | |
| E-96 | Catherine Sigal, et al. et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Knapp | 89 Civ 8372 | 1/25/90 | 90-0368 | | |
| E-97 | Oregon Rogers, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Duffy | 89 Civ 8390 | 1/25/90 | 90-0369 | | |
| E-98 | Glendon L. Rafferty, etc. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Ward | 89 Civ 8391 | 1/25/90 | 90- | | |
| E-99 | Michael Waido, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.S. in | 89 Civ 8392 | 1/25/90 | 90-0371 | | |
| E-100 | Leo Cawley, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Platt | 89 Civ 8393 | NT by (XYZ) | Panel Sue in N.Y.E 90-0123 | | Trans. by J. Keenan |
| E-101 | Tatiana Guevorguian, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Lowe | 89 Civ 8398 | 1/25/90 | 90-0372 | | |
| E-102 | Ervin Philipps, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Canella | 89 Civ 8399 | 1/25/90 | 90- 373 | | |
| E-103 | Wendy A. Giebler, etc v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Lowe | 89 Civ 8419 | 1/26/90 | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-104 | Patricia A. Brunner, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Conboy | 89 Civ 8420 | 1/25/90 | 90-0375 | | |
| E-105 | Marion K. Alderman, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Kram | 89 Civ 8422 | 1/26/90 | 90-0376 | | |
| E-106 | William Garretson Atkinson, Jr., et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Keenan Platt E. | 89 Civ 8423 | NT by Panel but in N.Y. (XYZ) | 90-0124 ✓ | | E. trans by J. Keenan |
| E-107 | Marion K. Alderman, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Knapp | 89 Civ 8425 | 1/25/90 | 90-0377 | | |
| E-108 | Beverly Braniff Jeck, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Cedarbaum | 89 Civ 8426 | 1/25/90 | 90-0378 | | |
| E-109 | Sandra Bernstein Clarren, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Cedarbaum | 89 Civ 8427 | 1/25/90 | 90-0379 | | |
| E-110 | Francoise Boyer, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Stanton | 89 Civ 8432 | 1/25/90 | | | |
| E-111 | Everett Woods, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Sweet | 89 Civ 8433 | 1/25/90 | 90-0383 | | |
| E-112 | Vera Van Tienhoven, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Patterson | 89 Civ 8435 | 1/25/90 | 90-0382 | | |
| E-113 | Tadashi Tanaka, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Patterson | 89 Civ 8437 | 1/25/90 | 90- | | |
| E-114 | Kenneth Stuart Barclay, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Ward | 89 Civ 8438 | 1/25/90 | 90- | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-115 | Marjorie G. McKee, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Conboy | 89 Civ 8452 | 1/25/90 | | | |
| E-116 | Walter Gerald Morson, et al. v. Pan American World Airways, Inc., et al., 1/9/90 | N.Y.,S. Conboy | 89 Civ 8453 | 1/25/90 | | | |
| E-117 | Janet E. Macquarrie, et al. v. Alert Management Systems, Inc., et al., 1/9/90   DISMISS 1-21-90 | D.C. Lamberth | 89-CV-3352 | 4/5/90 | 90-1209 | | |
| XYZ-118 | Raquel L. Benvenuto, et al. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-4165 | | | | |
| XYZ-119 | Patricia J.S. Simpson, et al. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-4166 | | | | |
| XYZ-120 | Barbara Ahern, et al. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-4167 | | | | |
| XYZ-121 | Siobhan D. Mulroy, et al. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-4214 | | | | |
| XYZ-122 | Dierdre T. Fortune, et al. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-4252 | | | | |
| XYZ-123 | John C. Parker, et al. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-4253 | | | | |
| XYZ-124 | Thomas E. Dater, et al. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-4254 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-125 | Carolyn Ammerman, et al. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-4260 | | | | |
| XYZ-126 | Vera Young, et al. v. Pan American World Airways, Inc., et al. | N.Y.,E. Platt | CV89-4261 | | | | |
| F-127 | Aphrodite Tsairis, et al. v. Pan American World Airways, Inc., et al. 2/5/90 | D.N.J. Debevoise | 89-5193 (DRD) | 2/21/90 | 90-697 | | ✓ |
| F-128 | John F. Boland, et al. v. Pan American World Airways, Inc., et al. 2-8-90 | D.N.H. Loughlin | C89-572-L | 2/26/90 | 90-859 | | |
| F-129 | Loulie D. Canady, etc. v. Pan American World Airways, Inc., et al. 2-6-90 | N.D.W.Va. Maxwell | 89-0142-C | 2/26/90 | 90-860 | | |
| F-130 | Susan G. Bennett, etc. v. Pan American World Airways, Inc., et al. 3/9/90 | E.D.Mich. LaPlata | 89-CV-60322-AA | 3/27/90 | 90-1129 | | |
| F-131 | June Ruth Hilbert, etc. v. Pan American World Airways, Inc., et al. 3/9/90 | E.D.Pa. O'Neill | 89-8990 | 3/27/90 | | | |
| F-132 | Georgann Fuller, etc. v. Pan American World Airways, Inc., et al. 3/9/90 | E.D.Mich. Woods | 89-CV-73671-DT | 3/27/90 | | | |
| F-133 | Joseph Hartunian, etc. v. Pan American World Airways, Inc., et al. 3/9/90 | N.D.N.Y. Munson | 90-CV-16 | 3/27/90 | | | |
| F-134 | William B. Hudson, et al. v. Pan American World Airways, Inc., et al. 3/9/90 | N.D.Ohio Manos | 1:89-CV-2448 | 3/27/90 | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| F-135 | Sharda Bhatia, et al. v. Pan American World Airways, Inc., et al. 3-26-90 | C.D.Cal. Gadbois | 89-7160-RG(Sx) | 4-11-90 | 13 5 | | |
| XYZ-136 | Pinzon v. Pan Am | E.D.N.Y. | 90-355 | | | | |
| XYZ-137 | Lowenstein v. Pan American World Airways | E.D.N.Y. | 89-1097 | | | | |
| XYZ-139 | Smith v. Pan American World Airways | E.D.N.Y. | 89-1189 | | | | |
| XYZ-140 | DiMauro v. Pan American World Airways | E.D.N.Y. | 89-1249 | | | | |
| XYZ-141 | Bernstein v. Pan American World Airways | E.D.N.Y. | 89-1328 | | | | |
| XYZ-142 | Ripa v. Pan American World Airways | E.D.N.Y. | 89-1419 | | | | |
| XYZ-143 | Marek v. Pan American World Airways | E.D.N.Y. | 89-1550 | | | | |
| XYZ-144 | Akerstrom v. Pan American World Airways | E.D.N.Y. | 89-1559 | | | | |
| XYZ-145 | Trimmer-Smith v. Pan American World Air. | E.D.N.Y. | 89-1581 | | | | |
| XYZ-146 | Pescator v. Pan American World | E.D.N.Y | 89-1719 | | | | |
| XYZ-147 | Saracent v. Pan American World Airways | E.D.N.Y. | 89-1856 | | | | |
| XYZ-148 | Swann v. Pan American World Airways | E.D.N.Y | 89-1911 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-149 | Johnson v. Pan American World Airways | E.D.N.Y. | 89-1989 | | | | |
| XYZ-150 | Bergstrom v. Pan American World Airways | E.D.N.Y. | 89-1990 | | | | |
| XYZ-151 | Teran v. Pan American World Airways | E.D.N.Y. | 89-1993 | | | | |
| XYZ-152 | Benello v. Pan American World Airways | E.D.N.Y. | 89-2140 | | | | |
| XYZ-153 | Pitt v. Pan American World Airways | E.D.N.Y. | 89-2164 | | | | |
| XYZ-154 | Reeves v. Pan American World Airways | E.D.N.Y. | 89-2360 | | | | |
| XYZ-155 | Cardwell v. Pan American World Airways | E.D.N.Y. | 89-2483 | | | | |
| XYZ-156 | Benfield v. Pan American World Airways | E.D.N.Y. | 89-2503 | | | | |
| XYZ-157 | Caffaron v. Pan American World Airways | E.D.N.Y. | 89-2569 | | | | |
| XYZ-158 | Liberman v. Pan American World Airways | E.D.N.Y. | 89-2614 | | | | |
| XYZ-159 | Wilson v. Pan American World Airways | E.D.N.Y. | 89-2655 | | | | |
| XYZ-160 | Davis v. Pan American World Airways | E.D.N.Y. | 89-2656 | | | | |
| XYZ-161 | Kulukundis v. Pan American World Airways | E.D.N.Y. | 89-2657 | | | | |
| XYZ-162 | Wright v. Pan American World Airways | E.D.N.Y. | 89-2658 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-163 | Richardson V. Pan American World Airways | E.D.N.Y. | 89-2901 | | | | |
| XYZ-164 | Scott v. Pan American World Airways | E.D.N.Y. | 89-2969 | | | | |
| XYZ-165 | Sheanshang v. Pan Ameican World Airways | E.D.N.Y. | 89-3289 | | | | |
| XYZ-166 | Gillis v. Pan American World Airways | E.D.N.Y. | 89-3414 | | | 6/27/91 D | |
| XYZ-167 | Schaugle v. Pan American World Airways | E.D.N.Y. | 89-3801 | | | | |
| XYZ-168 | Lariviere v. Pan American World Airways | E.D.N.Y. | 89-3854 | | | | |
| XYZ-169 | Martin v. Pan American World Airways | E.D.N.Y. | 89-3875 | | | | |
| XYZ-170 | Schroff v. Pan American World Airways | E.D.N.Y. | 89-4131 | | | | |
| | *July 1990 - 50 TR/43 XYZ/158 Pending* | | | | | | |
| G-171 | Diane Apfelbaum, et al. v. Pan American World Airways, Inc., et al. 6/15/90 | E.D.Pa. O'Neil | 90-3193 | 7/3/90 | 90cv2981 | | |

DOCKET NO. 799 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| G-172 | Elizabeth Purtell v. Pan American World Airways, Inc., et al. 6/__/__ opposed 4/9/90 | N.D.Tex. Mahon | CA4-90-382-E | 9/__ | 90CV3560 | | |
| G-173 | Ann McSherry McLaughlin, et al. v. Pan American World Airways, Inc., et al. 8/24/90 | R.Island | CA90-0274 | 9-11-90 | 90CV3236 | | |
| G-174 | Judith Papadopoulos, etc. v. Pan American World Services, Inc., et al. | N.Y.,S. | 90CIV.5896 | 10/12/90 | 90CU3559 | | |
| G-175 | Matthew Coyle, et al. v. Pan American World Airways, Inc., et al. 1/23/91 | Conn. Cabranes | N-90-684 JAC | 2/8/91 | 91CV557 | | |
| G-176 | Dominique Garrett, et al. v. Pan American World Airways, Inc. 1/23/91 | N.Y.,S. Con Doy | 90-CIV-8050 | 2/8/91 | 91CV559 | | |
| G-177 | Barbara Ann Ludlow, etc. v. Pan American World Airways, Inc., et al. 1/23/91 | N.Y.,S. Keenan | 90-CIV-8106 | 2/8/91 | 91CV558 | | |
| G-178 | Donald Stinnett, etc. v. Pan Amerivan World Airways, Inc., et al. 1/23/91 | Tex.,N. | CA-3-90-2835-D | 2/8/91 | 91CV560 | | |
| G-179 | Cherry Peirce, etc. v. Pan American World Airways, Inc., et al. opposed 1/23/91 | Fla.,S. Hoeveler Davis | 90-2835 CIV-HOEVELER | 6/10/91 | 91CV2124 | | |
| G-180 | M.S. Shastri, et al. v. Pan American World Airways, Inc., et al. 1/23/91 opposed | Fla.,S. Marcus Davis | 90-2836 CIV-MARCUS | 6/10/91 | 91CV2128 | | |
| G-181 | M. Victoria Diaz Cummock, etc. v. Pan American World Airways, Inc., et al. opposed 1/23/91 | Fla.,S. Marcus Davis | 90-2837 CIV-MARCUS | 6/10/91 | 91CV2126 | | |

DOCKET NO. _____ -- _____ Case MDL No. 799 Document 150 Filed 06/12/15 Page 50 of 64

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| G-182 | Herbert Swire, et al. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S.⁴ Davis | 90-2838 CIV-DAVIS | 6/6/91 | 91CV2127 | | |
| G-183 | Alan Joseph Jones, et al. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S.⁵ ~~Nesbitt~~ Davis | 90-2839 CIV-NESBITT | 6/6/91 | 91CV2128 | | |
| G-184 | Michael Hourihan, etc. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S.⁶ ~~Marcus~~ Davis | 90-2840 CIV-MARCUS | 6/6/91 | 91CV2129 | | |
| G-185 | Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S.⁷ ~~Marcus~~ Davis | 90-2841 CIV-MARCUS | 6/6/91 | 91CV2130 | | |
| G-186 | Patricia Mary Booth, etc. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S.⁸ ~~Moreno~~ Davis | 90-2842 CIV-MORENO | 6/6/91 | 91CV2131 | | |
| G-187 | Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S.⁹ ~~Nesbitt~~ Davis | 90-2843 CIV-NESBITT | 6/13/91 | 91CV2132 | | |
| G-188 | Thomas O'Gara, et al. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S.¹⁰ Davis | 90-2844 CIV-DAVIS | 6/6/91 | 91CV2133 | | |
| G-189 | Rosemary Stevenson, etc. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S.¹¹ ~~Marcus~~ Davis | 90-2845 CIV-MARCUS | 6/6/91 | 91CV2134 | | |
| G-190 | Ronald Boulanger, et al. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S.¹² ~~Hoeveler~~ Davis | 90-2846 CIV-HOEVELER | 6/6/91 | 91CV2135 | | |
| G-191 | Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al. Opposed 1/23/91 | Fla.,S.¹³ ~~Nesbitt~~ Davis | 90-2847 CIV-NESBITT | 6/6/91 | 91CV2136 | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| G-192 | Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al. *appealed 1/23/91* | Fla.,S.[14] Spellman Davis | 90-2848 CIV-SPELLMAN | 6/3/91 | 91CV2137 | | |
| G-193 | Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al. *appealed 1/23/91* | Fla.,S.[15] Ryskamp Davis | 90-2849 CIV-RYSKAMP | 6/3/91 | 91CV2138 | | |
| G-194 | Mack Saunders, etc. v. Pan American World Airways, Inc., et al. *appealed 1/23/91* | Fla.,S.[16] King Davis | 90-2850 CIV-KING | 6/3/91 | 91CV2139 | | |
| G-195 | Jerichem Rubin, etc. v. Pan American World Airways, Inc., et al. *appealed 1/23/91* | Fla.,S.[17] Nesbitt Davis | 90-2851 CIV-NESBITT | 6/3/91 | 91CV2140 | | |
| G-196 | Chester D. Phillips, etc. v. Pan American World Airways, Inc., et al. *appealed 1/23/91* | Fla.,S.[18] Marcus Davis | 90-2852 CIV-MARCUS | 6/3/91 | 91CV2141 | | |
| G-197 | Gheorghina Vulcu, etc. v. Pan American World Airways, Inc., et al. *appealed 1/23/91* | Fla.,S.[19] Nesbitt Davis | 90-2853 CIV-NESBITT | 6/3/91 | 91CV2143 | | |
| G-198 | Barry J. Valentino, Sr., etc. v. Pan American World Airways, Inc., et al. *appealed 1/23/91* | Fla.,S. Spellman Davis | 90-2854 CIV-SPELLMAN | 6/3/91 | 91CV2143 | | |
| G-199 | Joseph L. Tobin, Jr., etc. v. Pan American World Airways, Inc., et al. *appealed 1/23/91* | Fla.,S.[21] Kehoe Davis | 90-2855 CIV-KEHOE | 6/3/91 | 91CV2144 | | |
| G-200 | Thomas Coker, etc. v. Pan American World Airways, Inc., et al. *appealed 1/23/91* | Fla.,S.[22] Spellman Davis | 90-2856 CIV-SPELLMAN | 6/3/91 | 91CV2145 | | |
| G-201 | Thoms Coker, etc. v. Pan American World Airways, Inc., et al. *appealed 1/23/91* | Fla.,S.[23] Spellman Davis | 90-2857 CIV-SPELLMAN | 6/3/91 | 91CV2146 | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| G-202 | Adelaide M. Marek, etc. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S. Davis | 90-2858 CIV-DAVIS | 6/6/91 | 91CV2147 | | |
| G-203 | Barry John Flick, etc. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S. ~~Gonzalez~~ Davis | 90-2859 CIV-GONZALEZ | 6/6/91 | 91CV2148 | | |
| G-204 | John M. Cory, et al. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S. Zloch | 90-2860 CIV-ZLOCH | | 91CV2149 | | |
| G-205 | Patrick F. Noonan, et al. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S. Zloch | 90-2861 CIV-ZLOCH | | 91CV2150 | | |
| G-206 | Stanley Maslowski, etc. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S. Zloch | 90-2862 CIV-ZLOCH | | 91CV2151 | | |
| G-207 | Robert P. Berrell, et al. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S. Zloch | 90-2863 CIV-ZLOCH | | 91CV2152 | | |
| G-208 | Susan Gannon, etc., v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S. ~~Kehoe~~ Davis | 90-2864 CIV-KEHOE | | 91CV2153 | | |
| G-209 | The Official Solicitor to the Supreme Court of Penderel House, London, England, etc. v. Pan American World Airways, Inc., et al. Opposed 1/23/91 | Fla.,S. ~~Gonzalez~~ Davis | 90-2865 CIV-GONZALEZ | | 91CV2154 | | |
| G-210 | Garth Gallagher, etc. v. Pan American World Airways, Inc., et al. 1/23/91 Opposed | Fla.,S. ~~Gonzalez~~ Davis | 90-2866 CIV-GONZALEZ | | 91CD2155 | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| G-211 | John Berkley, et al. v. Pan American World Airways, Inc., et al. *opposed 1/23/91* | Fla.,S. Roettger | 90-2867 CIV-ROETTGER | 6/5/91 | 91CV2156 | | |
| G-212 | Allen Benello, etc. v. Pan American World Airways, Inc., et al. *opposed 1/23/91* | Fla.,S. ~~Gonzalez~~ Davis | 90-2868 CIV-GONZALEZ | 6/ /91 | 91CV2157 | | |
| G-213 | John Thomas Bacciochi, etc. v. Pan American World Airways, Inc., et al. *opposed 1/23/91* | Fla.,S. Roettger | 90-2869 CIV-ROETTGER | 6/ /91 | 91CV2158 | | |
| G-214 | Paul Aicher, etc. v. Pan American World Airways, Inc., et al. *opposed 1/23/91* | Fla.,S. ~~Gonzalez~~ Davis | 90-2870 CIV-GONZALEZ | 6/ /91 | 91CV2159 | | |
| G-215 | Maggie Boatmon, etc. v. Pan American World Airways, Inc., et al. *opposed 1/23/91* | Fla.,S. Roettger | 90-2871 CIV-ROETTGER | 6/5/91 | 91CV2160 | | |
| G-216 | Roy Burman, et al. v. Pan American World Airways, Inc., et al. *opposed 1/23/91* | Fla.,S. ~~Spellman~~ Davis | 90-2878 CIV-SPELLMAN | 6/5/91 | 91CV2161 | | |
| G-217 | Georgia Nucci, etc. v. Pan American World Airways, Inc., et al. *opposed 1/23/91* | Fla.,S. ~~Marcus~~ Davis | 90-2879 CIV-MARCUS | 6/5/91 | 91CV2162 | | |
| G-218 | Shirley M. Lincoln, etc. v. Pan American World Airways, Inc., et al. *opposed 1/23/91* | Fla.,S. ~~Hoeveler~~ Davis | 90-2880 CIV-HOEVELER | 6/5/91 | 91CV2163 | | |
| G-219 | Richard E. Mack, etc. v. Pan American World Airways, Inc., et al. *opposed 1/23/91* | Fla.,S. ~~King~~ Davis | 90-2881 CIV-KING | 6/5/91 | 91CV2164 | | |
| G-220 | Katia Cadman, etc. v. Pan American World Airways, Inc., et al. *opposed 1/23/91* | Fla.,S. ~~Hoeveler~~ Davis | 90-2882 CIV-HOEVELER | 6/5/91 | 91CV2165 | | |

DOCKET NO. \_\_\_\_\_ -- \_\_\_\_\_ Case MDL No. 799  Document 150  Filed 06/12/15  Page 54 of 64 \_\_\_\_\_

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| G-221 | Anthony J. Cardwell, et al. v. Pan American World Airways, Inc., et al.  *opposed 1/23/91* | Fla.,S. ~~King~~ Davis | 90-2883 CIV-KING | 6/10/91 | 90CV2166 | | |
| G-222 | John Frederick Mosey, etc. v. Pan American World Airways, Inc., et al. *1/23/91 opposed* | Fla.,S. ~~King~~ Davis | 90-2884 CIV-KING | 6/10/91 | 91CV2167 | | |
| G-223 | G. Edward Morgan, Jr., etc. v. Pan American World Airways, Inc., et al. *1/23/91 opposed* | Fla.,S. ~~Marcus~~ Davis | 90-2885 CIV-MARCUS | 6/10/91 | 91CV2168 | | |
| G-224 | Richard Miazga, et al. v. Pan American World Airways, Inc., et al. *1/23/91 opposed* | Fla.,S. ~~Hoeveler~~ Davis | 90-2886 CIV-HOEVELER | 6/10/91 | 91CV2169 | | |
| G-225 | Eva Lorraine Merrill, etc. v. Pan American World Airways, Inc., et al. *1/23/91 opposed* | Fla.,S. ~~Spellman~~ Davis | 90-2887 CIV-SPELLMAN | 6/10/91 | 91CV2170 | | |
| G-226 | Carol McCollum, etc. v. Pan American World Airways, Inc., et al. *opposed 1/23/91* | Fla.,S. ~~Moreno~~ Davis | 90-2888 CIV-MORENO | 6/10/91 | 91CV2171 | | |
| G-227 | Peter M. McCarthy, etc. v. Pan American World Airways, Inc., et al. *opposed 1/23/91* | Fla.,S. ~~Ryskamp~~ Davis | 90-2889 CIV-RYSKAMP | 6/10/91 | 91CV2172 | | |
| G-228 | David William Owen, et al. v. Pan American World Airways, Inc., et al. *opposed 1/23/91* | Fla.,S. ~~Atkins~~ Davis | 90-2890 CIV-ATKINS | 6/10/91 | 91CV2173 | | |
| G-229 | David William Owen, et al. v. Pan American World Airways, Inc., et al. *opposed 1/23/91* | Fla.,S. ~~Spellman~~ Davis | 90-2891 CIV-SPELLMAN | 6/10/91 | 91CV2174 | | |
| G-230 | Douglas Phillips v. Pan American World Airways, Inc., et al. *1/23/91 opposed* | Fla.,S. ~~Marcus~~ Davis | 90-2892 ~~CIV-MARCUS~~ | 6/10/91 | 91CV2175 | 8/21/91 D | |

DOCKET NO. 777 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| G-231 | Caroline S. Sneed v. Pan American World Airways, Inc., et al. _opposed_ 1/23/91 | Fla.,S. [41] Marcus Davis | 90-2893 CIV-MARCUS | 6/10/91 | 91CV.2176 | 8/21/91 D | |
| G-232 | Clark Phillips v. Pan American World Airways, Inc., et al. _opposed_ 1/23/91 | Fla.,S. [34] Davis | 90-2894 CIV-DAVIS | 6/10/91 | 91CV.2177 | 8/21/91 D | |
| G-233 | Tammy B. Chenoweth, etc. v. Pan American World Services, Inc., et al. 2/25/91 | Ark.,E. Howard | LR-C-90-864 | 3/13/91 | 91CV963 | | |
| G-234 | Andrea R. Leyrer  etc. v. Pan American World Airways, Inc., et al. 2/25/91 | N.Y.,S. Leisure | 91-CIV-0432 | 3/13/91 | 91CV964 | | |
| G-235 | Velma Jean McGuire v. Alert Management Systems, Inc., et al. 2/25/91 _[illegible handwriting] 65 TR /888 [illegible] 8_ | Tex.,S. Black | H-90-3776 | 3/13/91 | 91CV965 | | |
| H-236 | Tore Carlsson, etc. v. Pan Am Corp., et al. 9/3/91 | Mass. Woodlock | 91-11887-WD | 9/19/91 | 91CV3761 | | |
| H-237 | Harvey Hall, etc. v. Pan American World Airways, Inc., et al. 10/16/91 | Mich.,W. Gibson | 4:91-CV-147 | 1/4/91 | 91-4406 | | |
| H-238 | Tore Carlsson, etc. v. Pan Am Corp., et al. 11-20-91 _July 1992 - 3 TR /5 dis'd /221 Pending_ | Mass. Wolf | 91-12855-WF | 12/6/91 | 91-5013 | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- In re Air Disaster at Lockerbie, Scotland, on December 21, 1988

Liaison counsel appointed pursuant to
Judge Platt's order filed July 7, 1989

PLAINTIFFS' LIAISON COUNSEL
Steven R. Pounian, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY  10017

DEFENDANTS:

ALERT MANAGEMENT SYSTEMS, INC.
PAN AMERICAN WORLD AIRWAYS, INC.
PAN AMERICAN WORLD SERVIES, INC.
PAN AMERICAN SYSTEMS CORPORATION
James M. Shaughnessy, Esq.
Windels, Marx, Davies & Ives
156 West 56th Street
New York, NY  10019

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- In re Air Disaster at Lockerbie, Scotland, on December 21, 1988

REVISED APRIL 20, 1989

ALERT MANAGEMENT SYSTEMS, INC.
PAN AMERICAN WORLD AIRWAYS, INC.
PAN AMERICAN WORLD SERVICES, INC.
PAN AMERICAN SYSTEMS CORPORATION
James M. Shaughnessy, Esq.
Windels, Marx, Davies & Ives
156 West 56th Street
New York, New York  10019

ROSE MARY COPELAND, ET AL. (A-1)
DIANE RENCEVICZ, ET AL. (C-47)
Harrison J. Gordon, Esq.
Gordon, Gordon & Haley, P.C.
80 Main Street
West Orange, New Jersey  07052

DR. SUDHAKAR DIXIT, ETC. (A-19 & A-20)
LARRY W. FORSYTHE, ETC. (A-22)
DONALD MALICOTE, SR., ETC. (A-21)
NAZIR JAAFAR, ETC. (A-6)
DR. SHACHI RATTAN, ETC. (C-57)
Stanley M. Chesley, Esq.
Waite, Schneider, Bayless & Chesley
1513 Central Trust Tower
Cincinnati, Ohio  45202

ARNOLD ASRELSKY, ET AL. (A-7)
ARNOLD VICTOR BUTLER, ET AL. (A-8)
LYNNE R. FRAIDOWITZ, ETC. (A-9)
DENICE H. REIN, ETC. (A-10)
JOHN FRICK ROOT, ETC. (A-11)
JOHN J. SCHULTZ, ETC. (A-12)
MADELINE B. SHAPIRO, ETC. (A-13)
ROSANNE WESTON, ETC. (A-14)
GEORGE H. WILLIAMS, ET AL. (A-15)
JOHN B. ZWYNENBURG, ETC. (A-16)
CHARLES M. ROSENTHAL, ETC. (A-17)
MOLENA A. PORTER, ETC. (A-18)
DONA BARDELLI BAINBRIDGE, ETC. (B-26)
ELEANOR HOEY BRIGHT, ETC. (B-27)
GERALDINE G. BUSHER, ETC. (B-28)
GERALDINE G. BUSHER, ETC. (B-29)
SALVATORE V. CAPASSO, ET AL. (B-30)
PAUL HALSCH, ETC. (B-31)
HELEN ENGELHARDT HAWKINS, ETC. (B-32)
RAYMOND M. JERMYN, SR., ET AL. (B-33)
PATRICIA L. KINGHAM, ETC. (B-34)
RHODA P. MILLER, ETC. (B-35)
JUDITH A. PAGNUCCO, ETC. (B-36)
LISA PLATT, ETC. (B-37)
JACOB POSEN, ET AL. (B-38)
SHIRIN ALGHBAND VEJADANY, ETC. (B-39)
ANTHONY B. HALL, ET AL. (C-51)
ROBERT R. HUNT, ETC. (C-52)
DANIEL EDWARD COHEN, ET AL. (C-59)
PALMER N. SMITH, ETC. (C-60)
ANNE HUDSON, ETC. (C-61)
FLORENCIO QUIGUYAN, ETC. (C-62)
Lee S. Kreindler, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, New York  10017

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. ___799___  -- In re Air Disaster at Lockerbie, Scotland, on December 21, 1988

---

MARY M. STRATIS, ETC. (B-23)
KATHRYN C. DANIELS, ETC. (B-24)
MARY LOU CIULLA, ETC. (B-25)
Michel F. Baumeister, Esq.
Baumeister & Samuels, P.C.
One Exchange Plaza
New York, New York  10006

WILLIAM H. JOHNSON, ET AL. (C-48)
Norman M. Hobbie, Esq.
Giordano, Halleran & Ciesla
270 State Highway #35
P.O. Box 190
Middletown, NJ  07748

M.T. ERGIN, ETC. (C-49)
ROBERT LECKBURG, ETC. (C-50)
FLORENCE BISSETT, ETC. (C-53)
DAVID BELL, ETC. (C-58)
G. Michael Simmon, Esq.
F. Lee Bailey & Aaron J. Broder
350 Fifth Avenue
New York, NY  10118

JOHN DRAHEIM, ETC. (C-54)
Steven C. Berry, Esq.
Franklin, Bigler, Berry & Johnston
1301 W. Long Lake, Suite 250
Troy, MI  48098

TAMMY B. CHENOWETH, ETC. (C-56)
Darrell F. Brown Associates, P.A. *opposed 5/9/89*
Paramount Building
319 W. 2nd, Suite 500
Little Rock, AR  72201-2409

MELVIN BELL, ETC. (C-63
Jack Skinner, Esq.
Skinner Law Firm
Post Office Box 1225
Greenwood, AR  72936

Melvin M. Belli, Sr., Esq.
Law Office of Melvin M. Belli, Sr.
722 Montgomery Street
San Francisco, CA  94111

Randall H. Scarlett, Esq.
(Same address as Melvin M. Belli
  listed above)

LEONARD COLASANTI, ET AL. (C-64)
Kenneth J. Fishman, Esq.
Law Office of Bailey & Fishman  *law firm*
66 Long Wharf
Boston, MA  02110

MARGARET C. COURSEY, ET al. (C-65)
Phillip D. Hardberger, Esquire
Hardberger & Rodriguez, Inc.
111 Soledad, Suite 1490
San Antonio, Texas  78205

THOMAS COKER, ETC. (C-66 and C-67)
Speiser, Krause & Madole  *To opposed 5/30/89*
1216 - 16th Street, N.W.
Washington, D.C.  20006

Aaron S. Podhurst, Esq.
Podhurst, Orseck, Josefsberg, Eaton,
  Meadow, Olin & Perwin, P.A.
25 West Flagler Street
Suite 800, City National Bldg.
Miami, Florida  33130

MERYL SHAHUN ROSEN, ETC. (C-68)
LYNN KOENIG GARCZYNSKI, ETC. (C-69)
ROSEMARY MILD, ET AL. (C-70)
TERRI F. GOULD, ETC. (C-71)
Kreindler & Kreindler
(listed on page 1)

SUSAN E. WALKER, ET AL. (D-72)
J. Russell Hodgdon, Esq.
1342 Belmont Street, Suite 302
Brockton, Massachusetts  02401

JOHN M. FLYNN, ETC. (D-73)
Kreindler & Kreindler
(Already Listed on pg. 1)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ____3

DOCKET NO. ___799___ -- In re Air Disaster at Lockerbie, Scotland, on December 21, 1988

---

JANE E. DAVIS, ETC. (D-75)
William B. Rush, Esq.
James T. Shearin, Esq.
Pullman, Comley, Bradley & Reeves
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

JOHN M. CORY, ET AL. (D-76)
F. Jerome O'Malley, Esq.
Dupont, Tobin, Levin, Carberry &
   O'Malley, P.C.
P.O. Box 58
43 Broad Street
New London, CT  06320

VELMA JEAN MCGUIRE (D-78)
John B. Wallace, Esquire
Cook & Wallace
3450 Interfirst Plaza
1100 Louisiana
Houston, Texas  77002

Russell L. Cook, Esquire
Cook & Wallace
4 Houston Center
1221 Lamar, Suite 1300
Houston, Texas

LARRY D. GIBSON, ETC. (e-79)
Richard F. Schaden, Esquire
David Ian Katzman, Esquire
Schaden, Wilson, Heldman,
   Lampert & Katzman
800 N. Woodward Avenue
Suite 102
Birmingham, Michigan  48011

EILEEN T. O'CONNOR, ETC. (E-80)

FONTELLER THOMAS, ETC., ET AL. (E-81)
Stanley M. Chelsey, Esquire
(Listed on page 1)

Eric S. Wilson, Esquire
Wilson & Wilson
23509 John Road
Hazel Park, Michigan  48030

SHIRLEY J. HERBERT, ET AL. (E-82)
James F. Graves, Esquire
Willingham & Cote, P.C.
University Place
333 Albert Street, Suite 500
Post Office Box 1070
East Lansing, Michigan  48826

SUSAN M. KOSMOWSKI, ETC. (E-83)
Terrence F. Cavanaugh, Esq.
Fawcett & Cavanaugh
204 East Washington
Ann Arbor, Michigan  48104

Michael F. Baumeister, Esq.
(Same As E-23)

JUDITH PAPADOPOULOS, ETC. (E-84)
David G. Miller, Esq.
Gair, Gair & Conason
80 Pine Street
New York, New York  10005

MICHAEL J. DOYLE, ET AL. (E-85)
Leonard Schaeffer, Esq.
Schaeffer, Dorfman, Bishop
   & Lazaroff
One Franklin Plaza, Suite 200

CAROL MCCOLLUM, ETC. (E-87)
Frank H. Granito, Jr., Esq.
Speiser, Krause, Madole & Nolan
200 Park Avenue - 1507
New York, New York  10166

PERRY DORNSTEIN, ETC. (E-88)
Jerrold V. Moss, Esq.
Rubin Quinn Moss & Heaney
1800 Penn Mutual Tower
510 Walnut Street
Philadelphia, PA  19106-3619

Kriendler & Kriendler
(see page 1)

SUZANNE MARTIN, ET AL. (E-89)
Nicholas Gilman, Esq.
Smiley, Olson, Gilman & Pangia
1815 H Street, N.W., Suite 600
Washington, D.C.  20006

  ALF CORNER, ET AL. (E-90);
  JOAN C. SMITH, ET AL. (E-91);
  DIANA BROWNER, ET AL. (E-92);
  MICHAEL WOOLF TAGER, ET AL. (E-93);
  WENDY A. GIEBLER, ETC. (E-94);
  PATRICIA A. BRUNNER, ET AL. (E-95);
  RITA KELLY, ET AL. (E-96);
  DOMINIQUE GARRETT, ET AL. (E-97);
  CATHERINE SIGAL, ET AL. (E-98);
  OREGON ROGERS, ET AL. (E-99);
  GLENDON L. RAFFERTY, ETC. (E-100);
  MICHAEL WAIDO, ET AL. (E-101);
  LEO CAWLEY, ET AL. (E-100);
  TATIANA GUEVORGUIAN, ET AL. (E-103);
  ERVIN PHILIPPS, ET AL. (E-104);
  MARION K. ALDERMAN, ET AL. (E-105);
  WILLIAM GARRETSON ATKINSON, JR., ET AL. (E-106);
  MARION K. ALDERMAN, ET AL. (E-107);
  BEVERLY BRANIFF JECK, ET AL. (E-108);
  SANDRA BERNSTEIN CLARREN, ET AL. (E-109);
  FRANCOISE BOYER, ET AL. (E-110);
  EVERETT WOODS, ET AL. (E-111);
  VERA VAN TIENHOVEN, ET AL. (E-112);
  TADASHI TANAKA, ET AL. (E-113);
  KENNETH STUART BARCLAY, ET AL. (E-114);
  MARJORIE G. MCKEE, ET AL. (E-115);
  WALTER GERALD MORSON, ET AL. (E-116)
  Lee S. Kreindler, Esquire
  Kreindler & Kreindler

(SEE PAGE 1)

JANET E. MACQUARRIE, ET AL. (E-117)
Read K. McCaffrey, Esq.
Whiteford, Taylor & Preston
888 17th Street, N.W.
Suite 400
Washington, D.C.  20006

APHRODITE TSAIRIS, ET AL. (F-127)
Richard A. Grossman, Esquire
Grossman & Kruttschnitt
509 Main Street
Toms River, New Jersey  08753

ABC MANUFACTURING CORPORATION
JKL SECURITY CORPORATION
AAA COUNTRY (Defts. in F-127)
(Unable to determine counsel or address)

JOHN F. BOLAND, ET AL. (F-128)
Kenneth J. Fishman, Esq.
(Same As C-64)

LOULIE D. CANADY, ETC. (F-129)
Michael B. Victorson, Esq.
Keith J. George, Esq.
Robinson & McElwee
P.O. Box 1791
Charleston, West Virginia  25326

JPML FORM 2A -- Continuation

Counsel of Record -- p. ___5___

DOCKET NO. __799__ -- _____

---

SUSAN G. BENNETT, ETC.  (F-130)
Howard Silver, Esq.
Sommers, Schwartz, Silver &
   Schwartz
2000 Town Center, Suite 900
Southfield, Michigan  48075-1100

Michael F. Baumeister, Esq.
Baumeister & Samuels
One Exchange Plaza, 15th Floor
New York, New York  10006-3008

JUNE RUTH HILBERT, ETC. (F-131)
James K. Brengle, Esq.
Duane, Morris & Heckscher
1500 One Franklin Plaza
Philadelphia, Pennsylvania  19102

Michael F. Baumeister, Esq.
(Same As F-130)

GEORGANN FULLER, ETC. (F-132)
Richard T. Urbis, Esq.
Miller, Canfield, Paddock & Stone
150 West Jefferson, Suite 2500
Detroit, Michigan  48226

Michael F. Baumeister, Esq.
( Same As F-130)

JOSEPH HARTUNIAN, ETC. (F-133)
Michael F. Baumeister, Esq.
(Same As F-130)

WILLIAM B. HUDSON, ET AL. (F-134)
Nicholas Gilman, Esq.
Gilman, Olson & Pangia
1815 H Street, N.W.
Suite 600
Washington, D.C.  20006

SHARDA BHATIA, ET AL. (F-135)
Harold V. Sullivan, II, Esq.
Inglewood City Hall, Suite 500
One Manchester Boulevard
Inglewood, California  90301

DIANE APFELBAUM, ET AL. (F-171)
Gerald A. McHugh, Jr., Esq.
Litvin, Blumberg, Matusow & Young
210 W. Washington Sq.
5th fl.
Philadelphia, PA  19106

ELIZABETH PURTELL (G-172)
James P. "Pat" Piper, Esq.
Law Office of Windle Turley, P.C.
1000 University Tower
6440 N. Central Expressway
Dallas, Texas  75206

ANN McSHERRY McLAUGHLIN, ET AL. (G-173)
Michael F. Baumeister, Esq.
Baumeister & Samuels, P.C.
One Exchange Plaza, 15th Floor
New York, New York  10006-3008

JUDITH PAPADOPOULOS, ETC. (G-174)
Gair, Gair, Conason, Steigman
   & Mackauf
80 Pine Street
New York, New York  10005

MATTHEW COYLE, ET AL.  (G-175)
Michael F. Baumeister, Esq.
  (Same as G-173)

DOMINIQUE GARRETT, ET AL.  (G-176)
BARBARA ANN LUDLOW,  (G-177)
Lee S. Kreindler, Esq.
(Already listed on Page 1)

DONALD STINNETT,  (G-178)
John Howie
Misko & Howie
2001 Ross Ave., Suite 1100
Dallas, Texas  75201

DOCKET NO. 799 -- _____

CHERRY PEIRCE, ETC.  (G-179)
M.S. SHASTRI, ET AL.  (G-180)
M. VICTORIA DIAZ CUMMOCK, ETC.  (G-181)
HERBERT SWIRE, ET AL.  (G-182)
ALAN JOSPEH JONES, ET AL.  (G-183)
MICHAEL HOURIHAN, ETC.  (G-184)
ROSEMARY STEVENSON, ET AL.  (G-185)
PATRICIA MARY BOOTH, ETC.  (G-186)
ROSEMARY STEVENSON, ET AL,  (G-187)
THOMAS O'GARA, ET AL.  (G-188)
ROSEMARY STEVENSON, ETC.  (G-189)
RONALD BOULANGER, ET AL.  (G-190)
BERNADETTE MARY CONCANNON, ETC.  (G-191)
BERNADETTE MARY CONCANNON, ETC.  (G-192)
BERNADETTE MARY CONCANNON, ETC.  (G-193)
MACK SAUNDERS, ETC.  (G-194)
JERICHEM RUBIN, ETC.  (G-195)
CHESTER D. PHILLIPS, ETC.  (G-196)
GHEORGHINA VULCU, ETC.  (G-197)
BARRY J. VALENTINO, SR., ETC.  (G-198)
JOSEPH L. TOBIN, JR., ETC.  (G-199)
THOMAS COKER, ETC.  (G-200)
THOMAS COKER, ETC.  (G-201)
ADELAIDE M. MAREK, ETC.  (G-202)
BARRY JOHN FLICK, ETC.  (G-203)
JOHN M. CORY, ET AL.  (G-204)
PATRICK F. NOONAN, ET AL.  (G-205)
STANLEY MASLOWSKI, ETC.  (G-206)
ROBERT P. BERRELL, ET AL.  (G-207)
SUSAN GANNON, ETC.  (G-208)
THE OFFICIAL SOLICITOR TO THE SUPREME COURT
OF PENDEREL HOUSE, LONDON, ENGLAND, ETC. (G-209)
GARTH GALLAGHER, ETC.  (G-210)
JOHN BERKLEY, ET AL.  (G-211)
ALLEN BENELLO, ETC.  (G-212)
JOHN THOMAS BACCIOCHI, ETC.  (G-213)
PAUL AICHER, ETC.  (G-214)
MAGGIE BOATMAN, ETC.  (G-215)
ROY BURMAN, ET AL.  (G-216)
GEORGIA NUCCI, ETC.  (G-217)
SHIRLEY M. LINCOLN, ETC.  (G-218)
RICHARD E. MACK, ETC.  (G-219)
KATIA CADMAN, ETC.  (G-220)
ANTHONY J. CARDWELL, ET AL.  (G-221)
JOHN FREDERICK MOSEY, ETC.  (G-222)
G. EDWARD ORGAN, JR., ETC.  (G-223)
RICHARD MIAZGA, ET AL.  (G-224)
EVA LORRAINE MERRILL, ETC.  (G-225)
CAROL McCOLLUM, ETC.  (G-226)

PETER M. McCARTHY, ETC.  (G-227)
DAVID WILLIAM OWEN, ET AL.  (G-228)
DAVID WILLILAM OWEN, ET AL.  (G-229)
DOUGLAS PHILLIPS  (G-230)
CAROLINE S. SNEED  (G-231)
CLARK PHILLIPS  (G-232)
Speiser, Krause, Madole & Lear
1216 - 16th Street, N.W. / Airlaw Building
Washington, D.C.  200006 20036

Aaron S. Podhurst, Esq.
Podhurst, Orseck, Josefsberg, Eaton, Meadow,
Olin & Perwin, P.A.
25 West Flagler Street
Suite 800, City National Bldg.
Miami, Florida  33130-1780

TAMMY B. CHENOWETH, ETC. (G-233)
David O. Bowden, Esq.
Darrell F. Brown & Associates, P.A.
Paramount Bldg., Suite 500
319 W. Second St.
Little Rock, AR 72201

ANDREA R. LEYRER, ETC. (G-234)
John H. McConnell, Esq.
Purrington & McConnell
82 Wall St.
New York, NY 10005

VELMA JEAN MCGUIRE (G-235)
Russell L. Cook, Jr., Esq.
John B. Wallace, Esq.
Cook & Wallace
4 Houston Center
1221 Lamar, Suite 1300
Houston, TX 77010

TORE CARLSSON, ETC. (H-236)
Timothy J. Healey, Esq.
Healey & Stewart    Carr
690 Canton St.            ret.
Westwood, CA 02090

HARVEY HALL, ETC. (H-237)
Sanford L. Steiner, Esq.
Chambers, Steiner, Mazur, Ornstein
  & Amlin, P.C.
965 West Milham
Kalamazoo, Michigan  49002

JPML FORM 2A -- Continuation ⊕

Counsel of Record -- p._____

DOCKET NO. _799_ -- _____

---

| | |
|---|---|
| TORE CARLSSON, ETC. (H-238)<br>Thomas M. Neville, Esq.<br>Segalini & Neville<br>411 Waverley Oaks Road<br>Waltham, MA  02154 | |

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 799 -- In re Air Disaster at Lockerbie, Scotland, on December 21, 1988

| Name of Party | Named as Party in Following Actions |
|---|---|
| Pan American World Airways | E-83, 84, E-95, E-87, E88, E89, E-90 thru E-116, EJ-127 L-197, E-199, E-197, E-191, E-99, in 7-34, E-105, F-136, C-173, CJ-173, G-175, G-232, C-933, C-934, H-236, H-237, H-238 |
| | A-2, A-3, A-4, A-5   34, 36, 38 |
| Pan American Systems Corporation | |
| | F-136, G-172, G-173, G-174, G-175, G-177, G-231, C-234, C-933, H-237 |
| | F-136, G-172, G-173, G-174, G-175, G-177, G-178, G-232, C-933, C-234, C-935, H-236, H-237, H-938 |
| Pan Am Corp | C-47, C-63, C-64, C-65, E-85, E-87, C-412, H-236, H-238 |
| Pan American Airlines | C-48, E |
| | |
| | |
| | |
| | |
| | |
| | |