

RELEASED FOR PUBLICATION

APR -4 1989

DOCKET NO. 799

CLERK OF THE PANEL

IN RE AIR DISASTER AT LOCKERBIE, SCOTLAND, ON DECEMBER 21, 1988

BEFORE ANDREW A. CAFFREY, CHAIRMAN, ROBERT H. SCHNACKE, FRED DAUGHERTY, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, AND HALBERT O. WOODWARD, JUDGES OF THE PANEL

TRANSFER ORDER

PER CURIAM

    This litigation presently consists of eighteen actions pending in four federal districts: twelve actions in the Eastern District of New York, four actions in the Southern District of Ohio, and one action each in the Eastern District of Michigan and the District of New Jersey.[1]/ Before the Panel are two motions, pursuant to 28 U.S.C. §1407, seeking to centralize actions in this litigation in a single district for coordinated or consolidated pretrial proceedings. The first motion is brought by plaintiffs in the Ohio and Michigan actions. This motion, as amended, seeks centralization in either the Eastern District of New York or the Eastern District of Michigan. Plaintiffs in the Eastern District of New York actions have also submitted a Section 1407 motion; they seek to centralize actions in either the Eastern District of New York or the Southern District of New York. No responding party opposes Section 1407 centralization of the actions presently before the Panel. The only dispute among the parties concerns selection of the appropriate transferee forum.

    On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Eastern District of New York will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The actions share factual questions concerning the cause or causes of the explosion and crash of Pan American World Airways, Inc. (Pan Am) Flight 103 near Lockerbie, Scotland, while enroute from London's Heathrow Airport to New York's Kennedy Airport on December 21, 1988. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

---

[1]/ The Panel has been advised of the pendency in various federal district courts of numerous additional related actions. These actions will be treated as potential tag-along actions. See Rules 12 and 13, R.P.J.P.M.L., 120 F.R.D. 251, 258-59 (1988).

-2-

We are persuaded that the Eastern District of New York is the most appropriate transferee forum. We note that 1) Kennedy Airport, Pan Am Flight 103's destination, is located in the Eastern District of New York; 2) Pan Am's principal place of business is in New York City, within the Southern District of New York but in close proximity to the Eastern District of New York; and 3) no party to this litigation contends that the Eastern District of New York is an unsuitable forum in which to centralize the actions presently before the Panel.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the following Schedule A and pending in districts other than the Eastern District of New York be, and the same hereby are, transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Thomas C. Platt, Jr., for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

SCHEDULE A

MDL-799 -- In re Air Disaster at Lockerbie, Scotland, on December 21, 1988

### District of New Jersey

Rose Mary Copeland, et al. v. Pan American World Airways, C.A. No. 89-98

### Southern District of Ohio

Dr. Sudhakar Dixit, etc. v. Pan American World Airways, C.A. No. C-3-89-33

Dr. Sudhakar Dixit, etc. v. Pan American World Airways, C.A. No. C-3-89-34

Larry W. Forsythe, etc. v. Pan American World Airways, C.A. No. C-1-89-41

Donald Malicote, Sr., etc. v. Pan American World Airways, C.A. No. C-1-89-40

### Eastern District of Michigan

Nazir Jaafar, etc. v. Pan American World Airways, C.A. No. 88-CV-75087-DT

### Eastern District of New York

Arnold Asrelsky, et al. v. Pan American World Airways, Inc., et al., C.A. No. CV 89-0210(TCP)

Arnold Victor Butler, et al. v. Pan American World Airways, Inc., et al., C.A. No. CV 89-0268(TCP)

Lynne R. Fraidowitz, etc. v. Pan American World Airways, Inc., et al., C.A. No. CV 89-0211(TCP)

Denice H. Rein, etc. v. Pan American World Airways, Inc., et al., C.A. No. CV 89-0157(TCP)

John Frick Root, etc. v. Pan American World Airways, Inc., et al., C.A. No. CV 89-0208(TCP)

John J. Schultz, etc. v. Pan American World Airways, Inc., et al., C.A. No. CV 89-0158(TCP)

Madeline B. Shapiro, etc. v. Pan American World Airways, Inc., et al., C.A. No. CV 89-0207(TCP)

Rosanne Weston, etc. v. Pan American World Airways, Inc., et al., C.A. No. CV 89-0206(TCP)

George H. Williams, et al. v. Pan American World Airways, Inc., et al., C.A. No. CV 89-0209(TCP)

John B. Zwynenburg, etc. v. Pan American World Airways, Inc., et al., C.A. No. CV 89-0269(TCP)

Charles M. Rosenthal, etc. v. Pan American World Airways, Inc., et al., C.A. No. CV 89-0338(TCP)

Molena A. Porter, etc. v. Pan American World Airways, Inc., et al., C.A. No. CV 89-0337(TCP)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUN 10 91

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 799

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR DISASTER AT LOCKERBIE, SCOTLAND, ON DECEMBER 21, 1988

BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, HALBERT O. WOODWARD, ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL

TRANSFER ORDER

Presently before the Panel is a motion, pursuant to Rule 12, R.P.J.P.M.L., 120 F.R.D. 251, 258 (1988), by plaintiffs in the 54 actions listed on the attached Schedule A to vacate the Panel's orders conditionally transferring the actions to the Eastern District of New York for inclusion in the centralized pretrial proceedings occurring there in this docket. The three defendants in these actions oppose the motion and favor transfer to the Eastern District of New York.

On the basis of the papers filed and the hearing held, the Panel finds that these 54 actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of New York, and that transfer of these actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. See In re Air Disaster at Lockerbie, Scotland, on December 21, 1988, 709 F.Supp. 231 (J.P.M.L. 1989).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the 54 actions listed on the attached Schedule A be, and the same hereby are, transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Thomas C. Platt, Jr., for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

John F. Nangle
Chairman

# SCHEDULE A

## MDL-799 -- In re Air Disaster at Lockerbie, Scotland, on December 21, 1988

### Southern District of Florida

Cherry Pierce, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2835
M.S. Shastri, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2836
M. Victoria Diaz Cummock, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2837
Herbert Swire, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2838
Alan Joseph Jones, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2839
Michael Hourihan, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2840
Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2841
Patricia Mary Booth, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2842
Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2843
Thomas O'Gara, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2844
Rosemary Stevenson, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2845
Ronald Boulanger, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2846
Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2847
Bernadette Mary Concannon, etc. v. Pan Pan American World Airways, Inc., et al., C.A. No. 90-2848
Bernadette Mary Concannon, etc. v. Pan Pan American World Airways, Inc., et al., C.A. No. 90-2849
Mark Saunders, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2850
Jerichem Rubin, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2851
Chester D. Phillips, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2852
Gheorghina Vulcu, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2853
Barry J. Valentino, Sr., etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2854
Joseph L. Tobin, Jr., etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2855
Thomas Coker, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2856

**MDL-799 (Continued)**

### Southern District of Florida (Continued)

Thomas Coker, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2857
Adelaide M. Marek, etc. v. Pan Ammerican World Airways, Inc., et al., C.A. No. 90-2858
Barry John Flick, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2859
John M. Cory, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2860
Patrick F. Noonan, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2861
Stanley Maslowski, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2862
Robert P. Berrell, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2863
Susan Gannon, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2864
The Official Solicitor to the Supreme Court of Penderel House, London, England, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2865
Garth Gallagher, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2866
John Berkley, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2867
Allen Benello, etc. v. Pan American World Airways, Inc., et al., C.A. No.90-2868
John Thomas Bacciochi, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2869
Paul Aicher, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2870
Maggie Boatmon, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2871
Roy Burman, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2878
Georgia Nuccci, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2879
Shirley M. Lincoln, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2880
Richard E. Mack, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2881
Katia Cadman, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2882
Anthony J. Cardwell, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2883
John Frederick Mosey, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2884
G. Edward Morgan, Jr., etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2885

- iii -

MDL-799 (Continued)

### Southern District of Florida (Continued)

Richard Miazga, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2886
Eva Lorraine Merrill, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2887
Carol McCollum, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2888
Peter M. McCarthy, etc. v. Pan American World Airways, Inc., et al., C.A. No. 90-2889
David William Owen, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2890
David William Owen, et al. v. Pan American World Airways, Inc., et al., C.A. No. 90-2891
Douglas Phillips v. Pan American World Airways, Inc., et al., C.A. No. 90-2892
Caroline S. Sneed v. Pan American World Airways, Inc., et al., C.A. No. 90-2893
Clark Phillips v. Pan American World Airways, Inc., et al., C.A. No. 90-2894

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC -3 92

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 799

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE AIR DISASTER AT LOCKERBIE, SCOTLAND, ON DECEMBER 21, 1988

BEFORE JOHN F. NANGLE, CHAIRMAN, MILTON POLLACK, ROBERT R. MERHIGE, JR., WILLIAM B. ENRIGHT, CLARENCE A. BRIMMER, JR., JOHN F. GRADY, AND BAREFOOT SANDERS,* JUDGES OF THE PANEL

### ORDER DENYING REMAND

Presently before the Panel is a motion, pursuant to Rule 14(f), R.P.J.P.M.L., 120 F.R.D. 251, 260-61 (1988), by defendants Pan American World Airways, Inc. (Pan Am) and Alert Management Systems, Inc. (Alert) to vacate the Panel's order conditionally remanding the 51 actions listed on the attached Schedule A from the Eastern District of New York to the Southern District of Florida. Plaintiffs in the 51 actions oppose the motion and favor remand to the Southern District of Florida.

On the basis of the papers filed and the hearing held, the Panel finds that remand of these 51 actions to their transferor court is not appropriate at the present time. We note that these actions were included in a consolidated liability trial before the Honorable Thomas C. Platt, Jr., the transferee judge in this docket. The trial concluded on July 10, 1992, with a jury verdict of wilful misconduct against defendants Pan Am and Alert. This verdict is the subject of a pending appeal in the United States Court of Appeals for the Second Circuit. We are persuaded that remand at this stage of the proceedings, before the common liability issues have been finally resolved in the transferee court, would be premature.[1]

---

\* Judge Sanders took no part in the decision of this matter.

[1] The Panel issued the conditional remand order in these actions upon receipt of a suggestion of remand from the transferee judge. In considering the question of remand, the Panel has traditionally given great weight to such a suggestion from the transferee judge. *See, e.g., In re IBM Peripheral EDP Devices Antitrust Litigation*, 407 F.Supp. 254, 256 (J.P.M.L. 1976). In this instance, however, the record before us demonstrates that Judge Platt doubted the wisdom of remand but acceded to the plaintiffs' request for a suggestion so that the parties could present the issue to the Panel for decision. *See* Transcript of MDL 799 hearing before Judge Platt on July 16, 1992, at 15-16.

- 2 -

IT IS THEREFORE ORDERED that the conditional remand order filed by the Panel on July 29, 1992 in the actions listed on the attached Schedule A be, and the same hereby is, VACATED.

FOR THE PANEL:

_____
John F. Nangle
Chairman

Schedule A

MDL-799 -- In re Air Disaster at Lockerbie, Scotland, on December 21, 1988

Eastern District of New York

Cherry Peirce, etc. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV-2124 (S.D. Florida, 90-2835)
M.S. Shastri, et al. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2125 (S.D. Florida, C.A. No. 90-2836)
M. Victoria Diaz Cummock, etc. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2126 (S.D. Florida, C.A. No. 90-2837)
Herbert Swire, et. al. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2127 (S.D. Florida, C.A. No. 90-2838)
Alan Joseph Jones, et al. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2128 (S.D. Florida, C.A. No. 90-2839)
Michael Hourihan, etc. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2129 (S.D. Florida, C.A. No. 90-2840)
Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2130 (S.D. Florida, C.A. No. 90-2841)
Patricia Mary Booth, etc. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2131 (S.D. Florida, C.A. No. 90-2842)
Rosemary Stevenson, et al. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2132 (S.D. Florida, C.A. No. 90-2843)
Thomas O'Gara, et al. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2133 (S.D. Florida, C.A. No. 90-2844)
Rosemary Stevenson, etc. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2134 (S.D. Florida, C.A. No. 90-2845)
Ronald Boulanger, et al. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2135 (S.D. Florida, C.A. No. 90-2846)
Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2136 (S.D. Florida, C.A. No. 90-2847)
Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2137 (S.D. Florida, C.A. No. 90-2848)
Bernadette Mary Concannon, etc. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2138 (S.D. Florida, C.A. No. 90-2849)
Mack Saunders, etc. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2139 (S.D. Florida, C.A. No. 90-2850)
Jerichem Rubin, etc. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2140 (S.D. Florida, C.A. No. 90-2851)
Chester D. Phillips, etc. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2141 (S.D. Florida, C.A. No. 90-2852)
Gheorghina Vulcu, etc. v. Pan American World Airways, Inc., et al.,
    C.A. No. 91CV2142 (S.D. Florida, C.A. No. 90-2853)

MDL-799 (Continued)

    Eastern District of New York (Continued)

Barry J. Valentino, Sr., etc. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2143 (S.D. Florida, C.A. No. 90-2854)
Joseph L. Tobin, Jr., etc. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2144 (S.D. Florida, C.A. No. 90-2855)
Thomas Coker, etc. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2145 (S.D. Florida, C.A. No. 90-2856)
Thomas Coker, etc. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2146 (S.D. Florida, C.A. No. 90-2857)
Adelaide M. Marek, etc. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2147 (S.D. Florida, C.A. No. 90-2858)
Barry John Flick, etc. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2148 (S.D. Florida, C.A. No. 90-2859)
John M. Cory, et al. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2149 (S.D. Florida, C.A. No. 90-2860)
Patrick F. Noonan, et al. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2150 (S.D. Florida, C.A. No. 90-2861)
Stanley Maslowski, etc. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2151 (S.D. Florida, C.A. No. 90-2862)
Robert P. Berrell, et al. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2152 (S.D. Florida, C.A. No. 90-2863)
Susan Gannon, etc. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2153 (S.D. Florida, C.A. No. 90-2864)
The Official Solicitor to the Supreme Court of Penderel House, London, England, etc.
  v. Pan American World Airways, Inc., et al., C.A. No. 91CV2154
  (S.D. Florida, C.A. No. 90-2865)
Garth Gallagher, etc. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2155 (S.D. Florida, C.A. No. 90-2866)
John Berkley et al. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2156 (S.D. Florida, C.A. No. 90-2867)
Allen Benello, etc. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2157 (S.D. Florida, C.A. No. 90-2868)
John Thomas Bacciochi, etc. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2158 (S.D. Florida, C.A. No. 90-2869)
Paul Aicher, etc. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2159 (S.D. Florida, C.A. No. 90-2870)
Maggie Boatmon, etc. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2160 (S.D. Florida, C.A. No. 90-2871)
Roy Burman, et al. v. Pan American World Airways, Inc., et al.,
  C.A. No. 91CV2161 (S.D. Florida, C.A. No. 90-2878)

MDL-799 (Continued)

      <u>Eastern District of New York</u> (Continued)

<u>Georgia Nucci, etc. v. Pan American World Airways, Inc., et al.</u>,
  C.A. No. 91CV2162 (S.D. Florida, C.A. No. 90-2879)
<u>Shirley M. Lincoln, etc. v. Pan American World Airways, Inc., et al.</u>,
  C.A. No. 91CV2163 (S.D. Florida, C.A. No. 90-2880)
<u>Richard E. Mack, etc. v. Pan American World Airways, Inc., et al.</u>,
  C.A. No. 91CV2164 (S.D. Florida, C.A. No. 90-2881)
<u>Katia Cadman, etc. v. Pan American World Airways, Inc., et al.</u>,
  C.A. No. 91CV2165 (S.D. Florida, C.A. No. 90-2882)
<u>Anthony J. Cardwell, et al. v. Pan American World Airways, Inc., et al.</u>,
  C.A. No. 91CV2166 (S.D. Florida, C.A. No. 90-2883)
<u>John Frederick Mosey, etc. v. Pan American World Airways, Inc., et al.</u>,
  C.A. No. 91CV2167 (S.D. Florida, C.A. No. 90-2884)
<u>G. Edward Morgan, Jr., etc. v. Pan American World Airways, Inc., et al.</u>,
  C.A. No. 91CV2168 (S.D. Florida, C.A. No. 90-2885)
<u>Richard Miazga, et al. v. Pan American World Airways, Inc., et al.</u>,
  C.A. No. 91CV2169 (S.D. Florida, C.A. No. 90-2886)
<u>Eva Lorraine Merrill, etc. v. Pan American World Airways, Inc., et al.</u>,
  C.A. No. 91CV2170 (S.D. Florida, C.A. No. 90-2887)
<u>Carol McCollum, etc. v. Pan American World Airways, Inc., et al.</u>,
  C.A. No. 91CV2171 (S.D. Florida, C.A. No. 90-2888)
<u>Peter M. McCarthy, etc. v. Pan American World Airways, Inc., et al.</u>,
  C.A. No. 91CV2172 (S.D. Florida, C.A. No. 90-2889)
<u>David William Owen, et al. v. Pan American World Airways, Inc., et al.</u>,
  C.A. No. 91CV2173 (S.D. Florida, C.A. No. 90-2890)
<u>David William Owen, et al. v. Pan American World Airways, Inc., et al.</u>,
  C.A. No. 91CV2174 (S.D. Florida, C.A. No. 90-2891)